Kathleen E. Finnerty (State Bar No. 157638)
Patricia J. Wolfe (State Bar No. 310750)
**FINNERTY LAW OFFICES INC.**
1430 Blue Oaks Blvd., Suite 200
Roseville, CA 95747
Telephone:  (916) 899-5072
Email:  **KFinn@KFinnertyLaw.com**

Attorneys for Plaintiff
Go Trade Logistics Corp.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO TRADE LOGISTICS CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THREE J'S DISTRIBUTING, INC., an Oregon corporation; Does 1-10, inclusive,<br><br>    Defendants. | CASE NO.<br><br>**COMPLAINT FOR MONEY OWED [JURY TRIAL DEMANDED]** |

Plaintiff GO TRADE LOGISTICS CORPORATION ("GO TRADE") alleges as follows.

### PARTIES

1.      GO TRADE is a corporation incorporated under the laws of California, with a principal place of business in Sacramento County, California.

2.      THREE J's DISTRIBUTING, INC. ("THREE J'S") is a corporation incorporated under the laws of Oregon, with a principal place of business in Clackamas County, Oregon.

3.      Defendants DOES 1 through 10, inclusive, are individuals or other business entities whose identities are presently unknown and who are in some manner responsible for the acts alleged in this Complaint and who are sued under fictitious names.

4.      All of the Defendants are principals, agents, employees, employers, partners and/or co-venturers of each other, acting jointly and in concert and conspiracy with each other and within the scope of their authority.  At all times mentioned in this Complaint, all Defendants,

1  including DOE defendants, participated in and ratified the conduct of the other defendants as

2  alleged in this Complaint.

3  **JURISDICTION**

4  5.      GO TRADE operates in California, and THREE J'S operates in Oregon, thereby

5  creating diversity 28 U.S.C. §1332.

6  6.      The amount in controversy, without interests of costs exceeds the sum or value

7  specified in 28 U.S.C. §1332.  As further alleged below, GO TRADE has suffered damages in

8  excess of Ninety-Eight Thousand Dollars ($98,000.00).

9  **VENUE**

10  7.      Venue is proper in this judicial district, because a substantial part of the events or

11  omissions giving rise to GO TRADE's claims occurred in Sacramento County, California.

12  8.      As of June 29, 2015 THREE J'S has registered with the California Secretary of

13  State as foreign corporation, authorizing it to conduct business in the State of California.

14  **GENERAL FACTUAL ALLEGATIONS**

15  9.      On or about April 10, 2016, THREE J's entered into a written Carrier/Shipper

16  Agreement with GO TRADE.  A copy of the written Carrier/Shipper Agreement is attached as

17  **Exhibit 1** to this Complaint.

18  10.     Under the Carrier/Shipper Agreement, GO TRADE as the Carrier, agreed to

19  arrange transportation for THREE J's property, as specified in various written Load Confirmation

20  and Rate Agreements.

21  11.     Since April 10, 2016, under the Carrier/Shipper Agreement, at the request of

22  THREE J's, GO TRADE has transported THREE J's' goods, specifically chips, breads, and pies

23  to Winco grocery stores, Safeway grocery stores and several smaller bakery shops across

24  Nevada and California.

25  12.     On or about November 11, 2017 through February 16, 2018, pursuant to the

26  Carrier/Shipper Agreement, THREE J's submitted Load Confirmation and Rate Agreements to

27  GO TRADE, requesting transportation for THREE J's goods.  GO TRADE acknowledged receipt

28  of those Load Confirmation and Rate Agreements, and arranged transportation.  Copies of the

1  Load Confirmation and Rate Agreements for the dates 11/10/17; 11/11/17; 11/12/17; 11/13/17;

2  11/14/17; 11/15/17; 11/16/17; 11/17/17; 11/18/17; 11/19/17; 11/20/17; 11/21/17; 11/22/17;

3  11/24/17; 11/25/17; 11/26/17; 11/27/17; 11/28/17; 11/29/17; 12/1/17; 12/2/17; 12/3/17; 12/4/17;

4  12/5/17; 12/6/17; 12/7/17; 12/8/17; 12/9/17; 12/10/17; 12/12/17; 12/13/17; 12/14/17; 12/15/17;

5  12/16/17; 12/17/17; 12/19/17; 12/20/17; 12/21/17; 12/22/17; 12/23/17; 12/24/17; 12/27/17;

6  12/29/17; 12/30/17; 12/31/17; 1/2/18; 1/3/18; 1/5/18; 1/6/18; 1/7/18; 1/9/18; 1/10/18; 1/11/18;

7  1/12/18; 1/13/18; 1/14/18; 1/15/18; 1/16/18; 1/17/18; 1/18/18; 1/19/18; 1/22/18; 1/23/18; 1/24/18;

8  1/25/18; 1/26/18; 1/31/18; 2/1/18; 2/6/18; 2/8/18; 2/12/18; 2/15/18; and 2/16/18 are collectively

9  attached as **Exhibit 2** to this Complaint.

10       13.     Starting in December 2017, THREE J's failed to pay GO TRADE a total of

11  approximately $98,000.00 for goods transported under those Load Confirmation and Rate

12  Agreements.

13                          **FIRST CAUSE OF ACTION**
                            **Breach of Written Contract**
14                          **(Against All Defendants)**

15       14.     Plaintiff incorporates by reference paragraphs 1 through 13 as if fully set forth

16  herein.

17       15.     On or about April 10, 2016, GO TRADE and THREE J's entered into a written

18  contract, the Carrier/Shipper Agreement and the Load Confirmation and Rate Agreements

19  attached as **Exhibit 1** and **Exhibit 2**, respectively, to this Complaint.

20       16.     GO TRADE performed all of its obligations under the Carrier/Shipper Agreement

21  and the Load Confirmation and Rate Agreements required.  Among other things, GO TRADE

22  arranged transportation for THREE J's goods, including chips, bread and pies.

23       17.     THREE J's failed to pay for the services GO TRADE provided.

24       18.     GO TRADE has been damaged in the amount of approximately $98,000.00, plus

25  interest at eighteen percent (18%) per annum under paragraph 6 of the Carrier/Shipper

26  Agreement.

27

28

19. GO TRADE has incurred attorneys' fees in pursuing payment from THREE J's. Under paragraph 19 of the Carrier/Shipper Agreement, the prevailing party in any action on the contract is entitled to reasonable attorneys' fees.

**SECOND CAUSE OF ACTION**
**Common Count - Services Rendered**
**(Against All Defendants)**

20. Plaintiff incorporates by reference paragraphs 1 through 13 as if fully set forth herein.

21. Within the last four years, THREE J's requested, by words or conduct, that GO TRADE arrange transportation services for THREE J's property. THREE J'S written Load Confirmation and Rate Agreements requesting GO TRADE make such arrangements are attached to this Complaint as **Exhibit 2.**

22. GO TRADE arranged for transportation services as requested by THREE J's.

23. THREE J's has not paid for the arrangement of transportation services.

24. The reasonable value of the services is at approximately $98,000.00.

**THIRD CAUSE OF ACTION**
**Common Count - Open Book Account**
**(Against All Defendants)**

25. Plaintiff incorporates by reference paragraphs 1 through 13 as if fully set forth herein.

26. Within the last four years, GO TRADE and THREE J's engaged in a financial transaction. In particular, THREE J's requested that GO TRADE arrange transportation services for THREE J's property, promised to pay for those services, and GO TRADE made the transportation arrangements. THREE J'S written Load Confirmation and Rate Agreements requesting GO TRADE make such arrangements are attached to this Complaint as **Exhibit 2.**

27. GO TRADE kept an account of the debits and credits involved in the transactions.

28. THREE J's owes GO TRADE approximately $98,000.00, plus interest on the account.

**FOURTH CAUSE OF ACTION**
**Common Count – Account Stated**
**(Against All Defendants)**

29.     Plaintiff incorporates by reference paragraphs 1 through 13 as if fully set forth herein.

30.     THREE Js owed GO TRADE money from previous financial transactions.  In particular, THREE J's requested that GO TRADE arrange transportation services for THREE J's property, promised to pay for those services, and GO TRADE made the transportation arrangements.  THREE J'S written Load Confirmation and Rate Agreements requesting GO TRADE make such arrangements are attached to this Complaint as **Exhibit 2.**

31.     THREE Js and GO TRADE, by words or conduct, agreed that the amount stated in the account was the correct amount owed to GO TRADE.  THREE Js received invoices for the services GO TRADE provided.  THREE Js failed to respond to the invoices.

32.     THREE Js has not paid GO TRADE any of the amount owed under this account.

33.     As a result, THREE Js owes GO TRADE approximately $98,000.00.

**PRAYER FOR RELIEF**

WHEREFORE, GO TRADE LOGISTICS CORPORATION prays for judgment from this Court against Defendants as follows:

1.     For compensatory damages in the amount of $98,000.00; or such amount as may be proven at trial on;

2.     For interest on all such damages;

3.     For costs of suit;

4.     For attorneys' fees as to the First Cause of Action; and

5.     Such other and forth relief as the Court deems appropriate and proper.

JURY TRIAL DEMANDED.

DATED: August 22, 2018                    **FINNERTY LAW OFFICES INC.**

By _____
**PATRICIA J. WOLFE**
Attorneys for Plaintiff
GO TRADE LOGISTICS CORPORATION

*COMPLAINT*