# EXHIBIT 2



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING     **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY FRIDAY     DATE 11/10/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE     PICK # 111017- YARD TRAILER MOVE
PHONE (503)720-8530     CITY SACRAMENTO     STATE CA  ZIP 95834
CONTACT FLORIN IONESCU     EXT

**DELIVER @CONSIGNEE**     DAY FRIDAY     DATE 11/10/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE     PICK # 111017- YARD TRAILER MOVE
PHONE (503)720-8530     CITY SACRAMENTO     STATE CA  ZIP 95834
CONTACT FLORIN IONESCU     EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**     PRODUCT BREAD
# _____ PALLETS PIECES_____     WEIGHT 5,000 _____LBS
INSTRUCTIONS:
YARD TRAILER MOVE     DEGREES KEPT IF REEFER N/A     PALLET EXCH [ ]Y [✓]N

**EXTRA PICK/STOP**     STOP     STOP     STOP
NAME _____     N/A     N/A
ADDRESS _____
CONTACT _____
PHONE _____
**PAY $** 150.00     **+ FSC** INCL  **+ OTHER** N/A  **TOTAL $** 150.00     ALL INCLUSIVE

CUSTOMER SIGNATURE _____     DATE 11/10/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION     **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4021 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/10/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111017 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

**THANK YOU FOR YOUR BUSINESS**



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J´S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE    (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY    SATURDAY          DATE    11/11/2017
NAME    THREE J´S DISTRIBUTING
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE   (503)720-8530             CONTACT  FLORIN IONESCU                EXT.
                                  PICK # 111117- YARD TRAILER MOVE

**DELIVER @CONSIGNEE**        DAY    SATURDAY          DATE    11/11/2017
NAME    THREE J´S DISTRIBUTING
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE   (503)720-8530             CONTACT  FLORIN IONESCU                EXT.
                                  PICK # 111117- YARD TRAILER MOVE

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**         PRODUCT BREAD
#          PALLETS PIECES                                   WEIGHT 5,000          LBS
INSTRUCTIONS:
YARD TRAILER MOVE                                           PALLET EXCH  [ ] Y  [✓] N
                          DEGREES KEPT IF REEFER N/A

**PAID**

**EXTRA PICK/STOP**        STOP                 STOP                 STOP
NAME                                            N/A                  N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00    **+ FSC** INCL  **+ OTHER** N/A  **TOTAL $** 150.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE**                                DATE 11/11/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION    **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4022 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**CORPORATION**

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

| BILL TO: |
|----------|
| THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/11/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111117 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

### THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

CUSTOMER NAME THREE J'S DISTRIBUTING          FEDERAL EIN: 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER** DAY SATURDAY      DATE 11/11/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834    PICK # PRIORITY-111117
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT.

**DELIVER @CONSIGNEE** DAY SATURDAY          DATE 11/11/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834    PICK # PRIORITY - 111117
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT.

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
# _____ PALLETS PIECES_____                                WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA
DEGREES KEPT IF REEFER N/A          PALLET EXCH [ ] Y [✓] N
BOL # 5356

**EXTRA PICK/STOP**        STOP              STOP              STOP
NAME      PILOT TRUCK STOP               N/A               N/A
ADDRESS   LOST HILLS, CA
CONTACT
PHONE

PAY $ 915.00      + FSC INCL   + OTHER N/A   TOTAL $ 915.00      ALL INCLUSIVE

CUSTOMER SIGNATURE _____          DATE 11/11/2017

CARRIER   GO TRADE LOGISTICS CORPORATION      MC # 783169

5356

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

| | | |
|---|---|---|
| Mailing Address:<br>P.O. Box 2890<br>Clackamas, OR<br>97015 | Warehouse Location:<br>5964 E. Slauson Ave.<br>City of Commerce, CA<br>90040 | **STRAIGHT BILL OF LADING**<br>ORIGINAL – NOT NEGOTIABLE<br>Shipper No._____ |

Three J's Distributing

Carrier No._____

Date 11-11-17

TO: Consignee  Three J'S

FROM: Shipper  Three J'S

On Collect on Delivery shipments the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1

Street  1625 SE 18th Ave

Street  5964 E. Slauson Ave

Destination  Clackamas OR  Zip Code 97015

Origin  Commerce CA  Zip Code 90040

Route

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 18 | | Stacks of Fred Meyer Product | | | |
| 16 | | Pallets of Juanitas Film for Hood River | | | |
| | | Oasis PO 59614     RECEIVED | | | |
| | | NOV 11 2017 | | | |

BY:_____

REMIT C.O.D. TO: ADDRESS

COD

Amt. $_____

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐ $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES: $_____

FREIGHT CHARGES:
FREIGHT PREPAID    Check box<br>except when<br>box at right<br>is checked

Check box
if charges are
☐ to be
collected

R_____ ED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  3755

CARRIER

PER

PER

DATE

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3978 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



## GOTRADELOGISTICS
### CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/11/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 111117 | | | |
| | TRUCK 1 | | | |
| | BOL # 5356 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

## CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY SUNDAY         DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111217 - RENO
ADDRESS 1121 STRIKER AVE         CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530              CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**   DAY SUNDAY                DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111217 - RENO
ADDRESS 1121 STRIKER AVE         CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530              CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**      PRODUCT BREAD
# _____ PALLETS PIECES_____            WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12    DEGREES KEPT IF REEFER N/A

PALLET EXCH  [ ] Y  [✓] N

**EXTRA PICK/STOP**      STOP                STOP                STOP
NAME WINCO FOODS / 31          WINCO FOODS / 17        WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE

**PAY $** 850.00   **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 850.00   ALL INCLUSIVE

**CUSTOMER SIGNATURE**                            DATE 11/12/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169



Cascade Pride®

# Delivery Route Sheet

Three J's Distributing Inc.
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PN: 503-657-1215
503-597-0783   Fax

Date: 11-12-17

Weekday: SUN

Truck/Trailer # 50543
- 3320

All Deliveries Requires a Store Receiving Clerk's Signature

## All Stacks must be downstacked to 12 HIGH

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1896000 | 103 | 15 | 0 | 15k | | 2P | 2 | 1 | 7 | Co- |
| #12 | 1896827 | 114 | | 0 | 15k | | 3 | 2 | 1 | 7 | Dn |
| #17 | 1896842 | 155 | 0 | 15 | 15k | | SP | 2 | 3 | 12 | Dn |

Driver's Name: _Tommy Tran_   Driver's Signature: _Tommy Tran_

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 3962 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/12/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111217 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|---|---|

THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                     FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY SUNDAY         DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                          PICK # PRIORITY-111217
ADDRESS 1121 STRIKER AVE            CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530                 CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**     DAY SUNDAY                DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                          PICK # PRIORITY - 111217
ADDRESS 1121 STRIKER AVE            CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530                 CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____              WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA    DEGREES KEPT IF REEFER N/A **PAID**   PALLET EXCH [ ] Y  [✓] N
BOL # 29732

**EXTRA PICK/STOP**        STOP              STOP              STOP
NAME         PILOT TRUCK STOP            N/A               N/A
ADDRESS      LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00      + FSC INCL   + OTHER N/A   **TOTAL $** 915.00        ALL INCLUSIVE

CUSTOMER SIGNATURE                                DATE 11/12/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION      **MC #** 783169

29732

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Cascade Pride®**
PREMIUM QUALITY

**DISTRIBUTING, INC**

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date 11/12/17

_Rogue Transport_ (Name of Carrier)          (SCAC)

| TO: Consignee | 3 J's | FROM: Shipper | 3 J's |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430. Sec. 1

| Street | 16251 SE 98th Ave | Street | |
| Destination | CLACKAMAS, OR  Zip Code 97015 | Origin | Zip Code |

Route

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 19 STKS | | GOLD COAST | | | |
| 3 STKS | | BREAD DUDE | FOR CVWK | | |
| 4 P | | DOUBLE STACKED (CARDBOARD) | | | |
| 10 STKS | | DELI DUDE | | | |
| 10 STKS | | GOLD COAST | | | |
| 3 STKS | | CP DONUTS | | | |
| 4 STKS | | OASIS / HB | T. OAKLEY | | |

| REMIT C.O.D. TO: ADDRESS | | COD   Amt. $ | C.O.D. FEE: PREPAID ☐ $  COLLECT ☐ |
|---|---|---|---|

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignee, the consignee shall sign the following statements.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID    Check box except when    if charges are box at right    to be is checked    collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | 3 J's | CARRIER | |
| PER | 3 J's | PER | |
| | | DATE | |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3979 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/12/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111217 | | | |
| | TRUCK 1 | | | |
| | BOL # 29732 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



**GO TRADE LOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING   **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY SUNDAY   DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                 PICK # 111217- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE**   DAY SUNDAY   DATE 11/12/2017
NAME THREE J'S DISTRIBUTING                 PICK # 111217- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**   PRODUCT BREAD
#_____ PALLETS PIECES_____   WEIGHT 5,000_____LBS
INSTRUCTIONS:
YARD TRAILER MOVE
_____   DEGREES KEPT IF REEFER N/A   PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**   STOP   STOP   STOP
NAME_____   _____   N/A   _____   N/A
ADDRESS_____   _____   _____
CONTACT_____   _____   _____
PHONE_____   _____   _____
**PAY $** 150.00   **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 150.00   ALL INCLUSIVE

**CUSTOMER SIGNATURE**_____   DATE 11/12/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

P.O. BOX 340661 SACRAMENTO, CA 95834   TOLL FREE: (877) 559-0333 FAX: (916) 514-0708   WWW.GOTRADELOGISTICS.COM

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4023 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/12/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111217 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                               FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY MONDAY         DATE 11/13/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111317- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE     CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530          CONTACT FLORIN IONESCU              EXT.

**DELIVER @CONSIGNEE**   DAY MONDAY              DATE 11/13/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111317- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE     CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530          CONTACT FLORIN IONESCU              EXT.

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**        PRODUCT BREAD
# _____ PALLETS PIECES_____                      WEIGHT 5,000 ____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE                DEGREES KEPT IF REEFER      PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**      STOP              STOP                STOP
NAME                                       N/A                 N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00      **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 150.00      ALL INCLUSIVE

**CUSTOMER SIGNATURE**                              DATE 11/13/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION      **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4024 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/13/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111317 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS

| TOTAL: | $ 150.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**    DAY TUESDAY          DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                    PICK # PRIORITY-111417
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**       DAY TUESDAY          DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                    PICK # PRIORITY - 111417
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
# _____ PALLETS PIECES _____          WEIGHT 5,000          LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA     DEGREES KEPT IF REEFER N/A     PALLET EXCH [ ]Y  [✓]N
BOL # 6105

**PAID**

**EXTRA PICK/STOP**       STOP               STOP               STOP
NAME          PILOT TRUCK STOP          N/A                N/A
ADDRESS       LOST HILLS, CA
CONTACT
PHONE
PAY $ 915.00       + FSC INCL    + OTHER N/A    TOTAL $ 915.00          ALL INCLUSIVE

CUSTOMER SIGNATURE                              DATE 11/14/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION       **MC #** 783169

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled

# THREE J's DISTRIBUTING, INC

6105

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
**ORIGINAL – NOT NEGOTIABLE**

Shipper No. _____

Carrier No. _____

(Name of Carrier)  (SCAC)

Date 11-14-17

3J's distribution

| TO: Consignee | 16251 98 fw | FROM: Shipper 3J's |
|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430. Sec. 1

| Street Clackamas OR | Street 5964 E. Slauson |
|---|---|

| Destination | Zip Code | Origin Commerce CA | Zip Code 90040 |

Route

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO# 10454 - clack | | | |
| | | | | | |
| | | TPO# 10455 - sac | RECEIVED | | |
| | | | NOV 14 2017 | | |
| | | | L. Thurston Dudley | | |

| REMIT C.O.D. TO: ADDRESS | | COD | Amt. $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ |
|---|---|---|---|---|

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $_____

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked ☐    Check box if charges are to be collected ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER 3J's | CARRIER |
|---|---|
| PER Glen Dombrowski | PER |
| | DATE |

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 3980 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661**  SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/14/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111417 | | | |
| | TRUCK 1 | | | |
| | BOL # 6105 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



## GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY TUESDAY        DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                          PICK # 111417 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU            EXT

**DELIVER @CONSIGNEE**        DAY TUESDAY          DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                          PICK # 111417 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU            EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**            PRODUCT BREAD
#        PALLETS PIECES                                       WEIGHT 5,000        LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12    DEGREES KEPT IF REEFER N/A      PALLET EXCH [ ]Y [✓]N


**EXTRA PICK/STOP**        STOP            STOP              STOP
NAME        WINCO FOODS / 31      WINCO FOODS / 17        WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA  2855 NORTHTOWNE LN, RENO, NV  9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
**PAY $** 850.00        + FSC INCL    + OTHER N/A   **TOTAL $** 850.00        ALL INCLUSIVE

**CUSTOMER SIGNATURE**                                   DATE 11/14/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

Three J's Distributing Inc.
16261 SE 98th Ave. Bldg B,
Clackamas OR 9715
PN: 503-657-1215  Fax
503-597-0783

# Delivery Route Sheet

Date: 11-14-17

Weekday: Tues

Truck/Trailer # 50543 5320

## All Stacks must be downstacked to 12 HIGH

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1897417 | 98 | 19 | 3 | 15½c | | 2p 15½c | 2 | 2 | 7 | do |
| #12 | 1897353 | 42 +8 | 19 | 8 | 0 | | 25½c | 2 | 1 | 6 | Revol 337 |
| #17 | 1897370 | 146 | 28 | 6 | 15½c | | 1p | 2 | 2 | 13 | 9½ |

Please return route sheet in with your nightly log papers to verify deliveries

Driver's Name: Tommy Tin

Driver's Signature:

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3963 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



## GOTRADELOGISTICS
### CORPORATION

**P.O. BOX 340661**  SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333  **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

| BILL TO: |
|----------|
| THREE J`S DISTRIBUTING, INC<br>P.O BOX 2890<br>CLACKAMAS, OR, 97015 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/14/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111417 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J`S DISTRIBUITNG          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY TUESDAY       DATE 11/14/2017
NAME THREE J`S DISTRIBUTING                        PICK # 111417 - RICHMOND
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**      DAY TUESDAY          DATE 11/14/2017
NAME THREE J`S DISTRIBUTING                        PICK # 111417 - RICHMOND
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU          EXT

**PAID**

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____              WEIGHT 5,000      LBS
INSTRUCTIONS:
1 - ROUNDTRIP - RICHMOND, CA         DEGREES KEPT IF REEFER
BOL # 16598                                           PALLET EXCH [ ] Y  [✓] N

**EXTRA PICK/STOP**      STOP              STOP              STOP
NAME
ADDRESS
CONTACT
PHONE
**PAY $** 180.00     + **FSC** INCL   + **OTHER** $ 50.00   **TOTAL $** 230.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE**                            DATE 11/14/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

Ship From:
Safeway Inc (Bread Plant 81111)
9450 SE Mangan Drive
Clackamas OR 97015

Bill Of Lading #: **16598**

**11/14/2017 7:44:15 AM**

Purchase Order: **59693**

Trailer Number: **5340**

Ship to : Three J's Distributing Inc.

| | | | Units Coded Normal | Units Coded Next Day Quicklock | Units Not Coded |
|---|---|---|---|---|---|
| 17072-00008 | CP SPLIT TOP WHITE | 948 = 79 + 0 | 96 | 852 | 0 |
| 17072-00009 | CP GIANT PREM PLAIN HAM 8PK | 198 = 22 + 0 | 72 | 126 | 0 |
| 17072-00021 | CP SPLIT TOP WHEAT | 624 = 52 + 0 | 0 | 624 | 0 |
| 17072-00085 | CP HOTDOG 16PK  62449 | 510 = 85 + 0 | 156 | 354 | 0 |
| 17072-00524 | CP RANCH WHITE | 288 = 24 + 0 | 60 | 228 | 0 |
| 17072-00525 | CP CRACKED WHEAT | 300 = 25 + 0 | 48 | 252 | 0 |
| 17072-00526 | CP 100% ST GRND WHEAT BREAD | 516 = 43 + 0 | 84 | 432 | 0 |
| 70552-00100 | WINCO HOTDOG BUNS 8CT | 2292 = 191 + | 420 | `1872 | 0 |
| 70552-00101 | WINCO HAMBURGER BUNS 8CT | 1116 = 93 + | 108 | 1008 | 0 |
| 70552-00102 | WINCO WHITE BREAD 24oz | 3024 = 252 + | 0 | 3024 | 0 |
| 70552-00103 | WINCO WHEAT BREAD 24oz | 2844 = 237 + | 516 | 2328 | 0 |

Shipper Signature _____

Carrier Signature _____

RECEIVED

NOV 1 4 2017

BY: _____

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**THREE J's DISTRIBUTING, INC**

28690

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date 11/13/17

Name of Carrier: Go Logistics

TO:
Consignee: Safeway – RBP

FROM:
Shipper: Three J's Dist

(SCAC)

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Street _____     Street _____

Destination: Richmond CA   Zip Code     Origin: Sacramento   Zip Code

Route _____

Vehicle Number 5348

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1530 | | 51 Stacks Empties | | | |
| | | # 5347 | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**     Amt. $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked
Check box if charges are to be collected ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER: Three J's          CARRIER: Go Logistics

PER _____          PER _____

DATE _____

**RECEIVED**

NOV 1 4 2017

BY: _____

57947

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

Cascade Pride
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
16251 SE 98th
Building D
Clackamas, OR 97015

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date **11-14-17**

| TO: Consignee | **Dreisbach - Foodlinx** | (Name of Carrier) | FROM: Shipper | **Three Js Dist** | (SCAC) |
|---|---|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

Street **2530 East Eleventh Street**   Street _____

Destination **Oakland, CA.**   Zip Code **94601**   Origin **Clackamas OR**   Zip Code **97015**

Route **P.O.# 21596    Confirm # 11078   6:00 am**   Vehicle Number _____

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 14 | | cases cp bread wheat | | | |
| 23 | | cases cp bread white | | | |
| 7 | | cases 5th Ave plain bag | NOV 14 A6:49 17   NOV 14 A5:59 | | |
| 20 | | cases cp Burger Bun | | | |
| 56 | | cases cp Sesame burger bun | | | |
| 16 | | cases Delifresh outdoor roll | | | |

( 236 cases / 5 pallets )

REMIT C.O.D. TO: ADDRESS

DREISBACH-OAKLAND
**DATE 11/14/17**   **COD RECEIVED**   mark

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____
(Signature of Consignor)

| C.O.D. FEE: PREPAID ☐ COLLECT ☐ | $ |
|---|---|
| TOTAL CHARGES: | $ |

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked
Check box if charges are collected

'VED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of ...ges unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **Foodlinx**   AND ... DISCREPANCIES   CARRIER _____

PER _____   PER _____

DATE _____

| DATE | | INVOICE # |
|------|--|-----------|
| 12/10/2017 | | 3997 |
| **TERMS** | | **DUE DATE** |
| 21 - DAYS | | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 230.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/14/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 180.00 |
| | TO | | | |
| | OAKLAND, CA ( DREISBACH) | 01 | FLAT | $ 50.00 |
| | TO | | | |
| | RICHMOND, CA ( SAFEWAY) | | | |
| | TO | | | |
| | SACRMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111417 | | | |
| | TRUCK # 150 | | | |
| | BOL # 16598 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 230.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                  FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY TUESDAY          DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                           PICK # 111417- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU               EXT

**DELIVER @CONSIGNEE**        DAY TUESDAY             DATE 11/14/2017
NAME THREE J'S DISTRIBUTING                           PICK # 111417- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU               EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
# _____ PALLETS PIECES _____                     WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE            DEGREES KEPT IF REEFER N/A      PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**      STOP              STOP              STOP
NAME                                       N/A               N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00     + FSC INCL   + OTHER N/A   **TOTAL $** 150.00      ALL INCLUSIVE

CUSTOMER SIGNATURE                                   DATE 11/14/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4025 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/14/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | LOAD # 111417 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY WEDNESDAY   DATE 11/15/2017
NAME THREE J'S DISTRIBUTING                      PICK # 111517 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE**   DAY WEDNESDAY   DATE 11/15/2017
NAME THREE J'S DISTRIBUTING                      PICK # 111517 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU   EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**  PAID   PRODUCT BREAD
# _____ PALLETS PIECES_____                      WEIGHT 5,000 LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12      DEGREES KEPT IF REEFER N/A   PALLET EXCH [ ] Y  [✓] N

**EXTRA PICK/STOP**          STOP                STOP                STOP
NAME WINCO FOODS / 31              WINCO FOODS / 17        WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
PAY $ 850.00        + FSC INCL   + OTHER N/A   TOTAL $ 850.00   ALL INCLUSIVE

CUSTOMER SIGNATURE                                   DATE 11/15/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

**Three J's Distributing Inc.**
16251 SE 98th Ave. Bldg B,
Clackamas OR 9715
PN: 503-657-1215  Fax
503-597-0783

**Delivery Route Sheet**

Date: 10-15-17

Weekday: Wed

Truck/Trailer # 504135220

All Deliveries Requires a Store Receiving Clerk's Signature

## All Stacks must be downstacked to 12 HIGH

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1897855189 | 27 | 22 | 2 | 151c | | 0 | 2 | 2 | 6 | TL |
| #18 | 187826187 | 28 | 4 | 0 | | | 0 | 3 | 0 | 6 | Om |
| #12 | 189781791 | 12 | 0 | 6 | | | 1P | 1 | 1 | 4 | abled |
| | 189781798 | | | | | | | | | | |

Please return route sheet in with your nightly log papers to verify deliveries

Driver's Name: Tommy

Driver's Signature: Tommy W

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3964 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/15/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 111517 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING    **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530     FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY WEDNESDAY    DATE 11/15/2017
NAME THREE J'S DISTRIBUTING     PICK # PRIORITY-111517
ADDRESS 1121 STRIKER AVE    CITY SACRAMENTO    STATE CA   ZIP 95834
PHONE (503)720-8530    CONTACT FLORIN IONESCU    EXT

**DELIVER @CONSIGNEE**    DAY WEDNESDAY    DATE 11/15/2017
NAME THREE J'S DISTRIBUTING     PICK # PRIORITY - 111517
ADDRESS 1121 STRIKER AVE    CITY SACRAMENTO    STATE CA   ZIP 95834
PHONE (503)720-8530    CONTACT FLORIN IONESCU    EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**    **PAID**    PRODUCT BREAD
# \_\_\_\_\_ PALLETS PIECES \_\_\_\_\_    WEIGHT 5,000 \_\_\_\_\_ LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA    DEGREES KEPT IF REEFER N/A    PALLET EXCH [ ] Y [✓] N
BOL # 6103

**EXTRA PICK/STOP**    STOP     STOP     STOP
NAME PILOT TRUCK STOP     N/A     N/A
ADDRESS LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00   **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 915.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE** _____     DATE 11/15/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION    **MC #** 783169

61J3

# THREE J's DISTRIBUTING, INC

*Cascade Pride*
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
**ORIGINAL – NOT NEGOTIABLE**

Shipper No. _____

Carrier No. _____

3J's Distribution

(Name of Carrier) _____ (SCAC)

Date 11-15-17

| TO: Consignee | 3J's | FROM: Shipper | 3J's |
|---|---|---|---|
| Street | 16251 SE 98 Ave | Street | 5964 a. slauson |
| Destination | clackamas OR Zip Code 97015 | Origin | commerce CA Zip Code 90040 |

Route

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO# 10459 – clack | | | |
| | | TPO# 10461, 10460 – sac | | | |
| | | RECEIVED | | | |
| | | NOV 16 2017 | | | |
| | | BY: T. OAKEY | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD** Amt. $ _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statements.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C.O.D. FEE:
PREPAID ☐
COLLECT ☐

TOTAL CHARGES: $ _____

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

(Signature of Consignor)

FREIGHT CHARGES:
FREIGHT PREPAID
except when box at right is checked

Check box if charges are
☐ to be collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | 3J | CARRIER | |
|---|---|---|---|
| PER | Glen Dombrowski | PER | |
| | | DATE | |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3981 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/15/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111517 | | | |
| | TRUCK 1 | | | |
| | BOL # 6103 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

**THANK YOU FOR YOUR BUSINESS**



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J´S DISTRIBUITNG        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                           FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY WEDNESDAY      DATE 11/15/2017
NAME THREE J´S DISTRIBUTING                     PICK # 111517 - STOCKTON
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU         EXT

**DELIVER @CONSIGNEE**    DAY WEDNESDAY           DATE 11/15/2017
NAME THREE J´S DISTRIBUTING                     PICK # 111517 - STOCKTON
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU         EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**    **PAID**    PRODUCT BREAD
# _____ PALLETS PIECES _____                     WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
1 - ROUNDTRIP - STOCKTON, CA         DEGREES KEPT IF REEFER        PALLET EXCH [ ]Y [✓]N
PO # 20090

**EXTRA PICK/STOP**    STOP              STOP                  STOP
NAME
ADDRESS
CONTACT
PHONE
**PAY $** 120.00    **+ FSC** INCL    **+ OTHER** N/A    **TOTAL $** 120.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE** _____         DATE 11/15/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION         **MC #** 783169

# STRAIGHT BILL OF LADING – SHORT FORM

NOTICE: Shippers of hazardous materials must enter 24-hour emergency response telephone number in space provided under carrier name or shipper number.

Date 11/15/17

Bill of Lading No. _____

**Shipping Order** PO # 20090

(Name of Carrier)

Shipper No. _____

Carrier No. _____

TO:
Consignee Juanita's Fine Foods
1121 Stricker Ave
Destination Sacramento CA  Zip Code 95834

FROM:
Shipper Aranda's Tortilla Co. Inc.
Street 1318 E Scotts Ave
Origin Stockton CA  Zip Code 95205

Route: _____  Vehicle No. _____  SCAC _____

Emergency Response Phone Number _____

| No. Shipping Units | +HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | | Weight (Subject to Correction)* | Rate or Class | CHARGES |
|---|---|---|---|---|---|---|
| 30 | | Juanitas Fiesta Pack 24 oz. | | | | |
| | | 200 bags per pallet = 6000 bags | | | | |
| | | RECEIVED | | | | |
| | | Pallets in 110 at 30 | | | | |
| | | NOV 15 2017 | | | | |
| | | BY: | | | | |
| | | Seal # B5908932 | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."

REMIT C.O.D. TO: ADDRESS

C.O.D. Amt $ _____

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $ _____

TOTAL CHARGES $ _____

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____
$ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES**
Check Appropriate Box:

☐ Freight prepaid

☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Mark with "RG" if appropriate to designate Hazardous Materials as defined in the U.S. Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on Bills of Lading per 172.201(a)(1) (iii) of Title 49 Code of Federal Regulations. Also when shipping hazardous materials, the shipper's certification statement prescribed in section 172.204(a) of the Federal Regulations, as indicated on the Bill of Lading does apply, unless a specific exception from the requirement is provided in the Regulation for a particular material.

The format and content of hazardous item list is the responsibility of individual company interpretation of requirements as described in 49 Code of Federal Regulations 172, Subpart C-Shipping Papers. Such description consists of the following per Sections 172.201 (Hazardous Material Table) and Sections 172.202 and 172.203: Proper shipping name, hazardous class, UN identification number, packing group, and subsidiary class(es).

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 United States Code, Sections 14706(c (1)(A) and (B).

SHIPPER _____
PER _____

CARRIER  Go Trade
PER  Rick Sign

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. Department of Transportation.

Carrier acknowledges receipt of packages and any required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

28704

**Cascade Pride** — PREMIUM QUALITY

# THREE J'S DISTRIBUTING, INC

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No._____

Carrier No._____

3JJ
(Name of Carrier)    (SCAC)    Date 11/15/2017

| TO: Consignee | ALANDA'S | FROM: Shipper | 3JJ |
|---|---|---|---|

On Collect or Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430. Sec. 1

| Street | | Street | |
|---|---|---|---|
| Destination | STOCKTON, CA   Zip Code | Origin | SAC, CA   Zip Code |

Route

Vehicle Number 5405

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | PALLETS- 110 | | | |
| | | RECEIVED | | | |
| | | NOV 15 2017 | | | |
| | | BY: | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**   Amt. $

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statements. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL CHARGES: $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

FREIGHT CHARGES:
FREIGHT PREPAID   Check box except when box at right is checked   if charges are to be collected

RE___ED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of p____s unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | _signature_ CA | CARRIER | Go Trade |
|---|---|---|---|
| PER | | PER | Rick Si-Gn |
| | | DATE | 11/15/2017 |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3998 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

| **BILL TO:** |
|---|
| THREE J`S DISTRIBUTING, INC<br>P.O BOX 2890<br>CLACKAMAS, OR, 97015 |

| AMOUNT DUE | ENCLOSED |
|-----------|----------|
| $ 120.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/15/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 120.00 |
| | TO | | | |
| | STOCKTON, CA ( ARANDA`S) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111517 | | | |
| | TRUCK 1 | | | |
| | PO # 20090 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 120.00 |
|--------|----------|

**THANK YOU FOR YOUR BUSINESS**



GOTRADELOGISTICS
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING   **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                          FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY WEDNESDAY   DATE 11/15/2017
NAME THREE J'S DISTRIBUTING                    PICK # 111517- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE      CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530           CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE**   DAY WEDNESDAY   DATE 11/15/2017
NAME THREE J'S DISTRIBUTING                    PICK # 111517- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE      CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530           CONTACT FLORIN IONESCU   EXT

~~PAID~~

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**   PRODUCT BREAD
#_____ PALLETS PIECES_____   WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE
_____   DEGREES KEPT IF REEFER N/A   PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**   STOP   STOP   STOP
NAME_____   _____   N/A   _____   N/A
ADDRESS_____   _____   _____
CONTACT_____   _____   _____
PHONE_____   _____   _____
PAY $ 150.00   + FSC INCL   + OTHER N/A   TOTAL $ 150.00   ALL INCLUSIVE

CUSTOMER SIGNATURE _____   DATE 11/15/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

| DATE | | INVOICE # |
|---|---|---|
| 12/10/2017 | | 4026 |
| **TERMS** | | **DUE DATE** |
| 21 - DAYS | | 01/01/2018 |


GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/15/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111517 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|---|---|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J`S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE  (503)720-8530                                    FAX

## CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY____THURSDAY          DATE  11/16/2017
NAME  THREE J`S DISTRIBUTING                      PICK # 111617- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE               CITY SACRAMENTO       STATE CA   ZIP 95834
PHONE (503)720-8530                    CONTACT  FLORIN IONESCU            EXT

**DELIVER @CONSIGNEE**     DAY____THURSDAY          DATE  11/16/2017
NAME  THREE J`S DISTRIBUTING                      PICK # 111617- YARD TRAILER MOVE
ADDRESS  1121 STRIKER AVE               CITY SACRAMENTO       STATE CA   ZIP 95834
PHONE (503)720-8530                    CONTACT  FLORIN IONESCU            EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____                WEIGHT 5,000 _____LBS
INSTRUCTIONS:
YARD TRAILER MOVE
                              DEGREES KEPT IF REEFER N/A      PALLET EXCH  [ ]Y  [✓]N

**EXTRA PICK/STOP**        STOP                STOP                STOP
NAME_____            _____ N/A            _____ N/A
ADDRESS_____
CONTACT_____
PHONE_____
**PAY $** ____150.00____  + **FSC** INCL  + **OTHER** N/A  **TOTAL $** 150.00 ____ ALL INCLUSIVE

**CUSTOMER SIGNATURE**_____                  DATE  11/16/2017

**CARRIER**  GO TRADE LOGISTICS CORPORATION     **MC #** 783169

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4027 |
| TERMS | DUE DATE |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/16/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111617 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG      **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530      FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**      DAY FRIDAY      DATE 11/17/2017
NAME THREE J'S DISTRIBUTING
      PICK # 111717 - YUBA CITY
ADDRESS 1121 STRIKER AVE      CITY SACRAMENTO      STATE CA      ZIP 95834
PHONE (503)720-8530      CONTACT FLORIN IONESCU      EXT

**DELIVER @CONSIGNEE**      DAY FRIDAY      DATE 11/17/2017
NAME THREE J'S DISTRIBUTING
      PICK # 111717 - YUBA CITY
ADDRESS 1121 STRIKER AVE      CITY SACRAMENTO      STATE CA      ZIP 95834
PHONE (503)720-8530      CONTACT FLORIN IONESCU      EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**      PRODUCT BREAD
# _____ PALLETS PIECES_____      WEIGHT 5,000      LBS
INSTRUCTIONS:
1 - ROUNDTRIP - YUBA CITY, CA      DEGREES KEPT IF REEFER
WINCO # 26      PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**      STOP      STOP      STOP
NAME
ADDRESS
CONTACT
PHONE
**PAY $** 150.00      **+ FSC** INCL      **+ OTHER** N/A      **TOTAL $** 150.00      ALL INCLUSIVE

**CUSTOMER SIGNATURE**      DATE 11/17/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION      **MC #** 783169

Three J's Distributing Inc.
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PN: 503-657-1215  Fax
503-597-0783

**Delivery Route Sheet**

Date: 11-1-2017

Weekday: Friday

Truck/Trailer #: _____

## All Stacks must be downstacked to 12 HIGH

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # 26 | 1898951 | | | | | | | | | | |
| # 26 | 1898758 | | | | 1 box | | 2 P | | | | |
| #26 | 1898398 | Stuffing 1 P | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Driver's Name: _Rick Sides_    Driver's Signature: _____

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3999 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

P.O. BOX 340661 SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/17/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | TO | | | |
| | YUBA CITY, CA ( WINCO # 26) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111717 | | | |
| | TRUCK 1 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J`S DISTRIBUITNG          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY FRIDAY          DATE 11/17/2017
NAME THREE J`S DISTRIBUTING                        PICK # 111717 - RICHMOND
ADDRESS 1121 STRIKER AVE       CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530            CONTACT FLORIN IONESCU              EXT

**DELIVER @CONSIGNEE**  DAY FRIDAY                  DATE 11/17/2017
NAME THREE J`S DISTRIBUTING                        PICK # 111717 - RICHMOND
ADDRESS 1121 STRIKER AVE       CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530            CONTACT FLORIN IONESCU              EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**       PRODUCT BREAD
# _____ PALLETS PIECES _____                    WEIGHT 5,000          LBS
INSTRUCTIONS:
2 - ROUNDTRIP - RICHMOND, CA
BOL # 25999,26006.          DEGREES KEPT IF REEFER          PALLET EXCH ☐Y ☑N

**EXTRA PICK/STOP**     STOP              STOP              STOP
NAME
ADDRESS
CONTACT
PHONE
PAY $ 615.00        + FSC INCL    + OTHER N/A    TOTAL $ 615.00          ALL INCLUSIVE

CUSTOMER SIGNATURE                              DATE 11/17/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

# STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - NOT NEGOTIABLE

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING.

SHIPPED FROM **SAFEWAY BREAD - #8122**

**905 SO. 34TH ST.**   DATE 11-16-17

**RICHMOND, CA 94804**

N⁰ 25999

B/L NO. _____

CUSTOMER P.O. NO. 59768

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER EXCEPT AS NOTED CONTENTS AND CONDITIONS OF CONTENTS OF INCLUDES ????? MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT). AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND ???? FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO _SS_

(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

DESTINATION _____ STATE OF _____ ROUTE _____

SEND FREIGHT BILL TO _SS_

CARRIER _SS_   TRAILER/CAR NO. _5338_

| NO. UNITS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★WEIGHT (SUB. TO CORR) | CLASS OR RATE | CH COL |
|---|---|---|---|---|
| 1392 | Split Top White | | | |
| 144 | 9 grain Ham | | | |
| 1272 | Split Top Wheat | | | |
| 786 | Hot Dog 16pk | | | |
| 228 | Ranch | | | |
| 276 | Cracked | | | |
| 852 | 100% Stone Ground. | | | |
| 2960 | Wilco Hot Dogs. | | | |
| 2400 | Wilco Hams. | | | |
| 960 | Wilco White 14oz | | | |
| 12270 | TOTAL | | | |
| | 1 PALLET | | | |

RECEIVED
NOV 17 2017
BY. _____

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF THE CONSIGNOR _____

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID".

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS.
SUBJECT TO NOTIFICATION OF THE TRANS CONTINENTAL FREIGHT ????
ACCORDING TO AGREEMENT NO. _____
SHIPPER _____

★ IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE—WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING.

$ _____ PER _____

| CARD CODE | | DIV. | | VENDOR | | FREIGHT BILL NO. | | DUE DATE | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 4 5 | 9 | | 13 14 | | 22 23 | | 24 |
| 1 | 2 | | | | | | | | |

SPECIAL INSTRUCTIONS
PRODUCT SUBMITTED TO CARRIER IN A SORTED AND SEGREGATED MANNER MUST BE DELIVERED IN A SORTED AND SEGREGATED MANNER.

CERTIFIED ORGANIC REG #2344

| B/L NO. | | | Set Up | ? | FACILITY | | SUB FAC | MAJOR | | MINOR | | TYPE 50 | "SHIP TO" CUSTOMER # | | QUANTITY | | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 34 | 35 | 36 | 37 | 38 | 41 | 42 43 | 44 | 46 47 | 49 | | 51 | 55 | 56 | 62 | 63 | | 31 |

FOR SHIPPER _____
PERMANENT POST-OFFICE ADDRESS OF SHIPPER

FORM NO. ?????

FOR CARRIER _____

BILLS OF LADING-BLANK-PLANT    (THIS BILL OF LADING IS TO BE SIGNED BY THE SHIPPER AND AGENT OF THE CARRIER ISSUING SAME)

SEND ORIGINAL B/L TO FINANCE
???

STRAIGHT BILL OF LADING - SHORT FORM

Original – Not Negotiable

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING.

SHIPPED FROM

## SAFEWAY BREAD - #8122

### 905 SO. 34TH ST.   DATE 11-16-17   20

### RICHMOND, CA 94804

N⁰ **26006**

B/L NO. _____

CUSTOMER P.O. NO. 59768

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF INCLUDES ????? MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND. ???? FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO _____ 3Js

(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY)

DESTINATION _____ STATE OF _____ ROUTE _____

SEND
FREIGHT BILL TO _____ 3Js

CARRIER _____ 3Js   TRAILER/CAR NO.   5347

| NO. UNITS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★ WEIGHT (SUB. TO CORR) | CLASS OR RATE | CH COL |
|---|---|---|---|---|
| 24 | Split Top White | | | |
| 7188 | Wind 24oz White | | | |
| 5760 | Wind 24oz White | | | |
| 12972 | TOTAL | | | |

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE **WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL** SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
SIGNATURE OF THE CONSIGNOR

IF CHARGES ARE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID".

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS.
SUBJECT TO NOTIFICATION OF THE TRANS CONTINENTAL FREIGHT ????
ACCORDING TO AGREEMENT NO. _____
_____
SHIPPER

★ IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."

NOTE—WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING.

$ _____ PER _____

| CARD CODE | | DIV. | VENDOR | FREIGHT BILL NO. | DUE DATE |
|---|---|---|---|---|---|
| 1 | 2 | 4  5  9 | 13  14 | 22  23 | 24 |
| 1 | 2 | | | | |

SPECIAL INSTRUCTIONS

PRODUCT SUBMITTED TO CARRIER IN A SORTED AND SEGREGATED MANNER MUST BE DELIVERED IN A SORTED AND SEGREGATED MANNER.

### CERTIFIED ORGANIC REG #2344

| B/L NO. | | ? Set Up | ? | FACILITY | SUB FAC | MAJOR | MINOR | T Y P E 50 | "SHIP TO" CUSTOMER # | QUANTITY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 34 | 35  36 | 37 | 38  41 | 42  43 | 44  46 | 47  49 | | 51  55 | 56  62 | 63  31 |
| | | | | | | | | | | | |

FOR SHIPPER _____   FOR CARRIER _____

PERMANENT POST OFFICE ADDRESS OF SHIPPER _____

FORM NO. ?????   BILLS OF LADING-BLANK-PLANT   (THIS BILL OF LADING IS TO BE SIGNED BY THE SHIPPER AND AGENT OF THE CARRIER ISSUING SAME)

SEND ORIGINAL B/L TO FINANCE
???

Case 2:18-cv-02293-KJM-KJN Document 1-2 Filed 08/22/18 Page 52 of 126

57970

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

**Cascade Pride**
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
16251 SE 98th
Building D
Clackamas, OR 97015

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date  11/17/17

| TO: Consignee | Dreisbach | | (Name of Carrier) | | FROM: Shipper | Three Js Dist | | (SCAC) | |
|---|---|---|---|---|---|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1

Street  2530 East Eleventh Street     Street

Destination  Oakland CA    Zip Code 94601   Origin  Clackamas OR    Zip Code 97015

Route  PO# 021670    Confirm# 35371 - 8am    Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 50 | | cases CP Plain Eng. Muffin | | | |
| 10 | | cases CP Sourdah Eng. Muffin | '17 NOV 17 A8:20 | | |
| 10 | | cases 5th Ave Cinn Rai NOV 17 A7:38 | | | |
| 50 | | cases 5th Ave Plain Bagel | | | |
| | | 120 cases 3 pallets | | | |
| | | | | | |
| | | DATE 11/17/17    120 | | | |

COD ____ Amt. $

| REMIT C.O.D. TO: ADDRESS | |
|---|---|

C.O.D. FEE:
PREPAID ☐
COLLECT ☐

TOTAL CHARGES: $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

FREIGHT CHARGES:
FREIGHT PREPAID    Check box if charges are
except when    to be
box is right    collected
is checked    ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  Foodlink DISCREPANCIES    CARRIER  3Js

PER    PER

DATE

Case 2:18-cv-02293-KJM-EJN   Document 1-2   Filed 08/22/18   Page 53 of 126

# THREE J's DISTRIBUTING, INC

28708

Cascade Pride
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date  11/16/2017

| TO: Consignee | RBP | (Name of Carrier) | FROM: Shipper | 3JS | (SCAC) |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430. Sec. 1

Street

| Destination | RICHMOND, LA | Zip Code | Origin | SAC, CA | Zip Code |

Route

Vehicle Number  5370

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TRLH 5370 | | | |
| | | Trays - 900 | | | |

REMIT C.O.D. TO:
ADDRESS

**COD**   Amt. $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignee, the consignee shall sign the following statements.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID
except when box at right is checked

Check box if charges are ☐ to be collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | | CARRIER | Go Trade |
| PER | | PER | Rick Singh |
| | | DATE | 11/16/2017 |

Case 2:18-cv-02209-KJM-KJN   Document 1-2   Filed 08/22/18   Page 54 of 126

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

28707

# THREE J's DISTRIBUTING, INC

**Cascade Pride**
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date  11/16/2017

| | (Name of Carrier) 3JS | (SCAC) | |
|---|---|---|---|
| TO: Consignee RBP | FROM: Shipper 3JS | | |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430. Sec. 1

Street _____     Street _____

Destination Richmond, CA   Zip Code _____   Origin SAC, CA   Zip Code 95834

Route _____     Vehicle Number 5340

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TILA 5340 | | | |
| | | Trays - 1,890 | | | |
| | | Elizabeth Beane  11/17/17 | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**   Amt. $ _____

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL
CHARGES: $ _____

FREIGHT CHARGES:
FREIGHT PREPAID    Check box
except when    if charges are
box at right    to be
is checked      collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | CARRIER  GO TRADE |
|---|---|
| PER | PER  Tommy Tran |
| | DATE  11/16/2017 |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4000 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 615.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/17/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 385.00 |
| | TO | | | |
| | RICHMOND, CA ( SAFEWAY) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 180.00 |
| | TO | | | |
| | OAKLAND, CA ( DREISBACH) | 01 | FLAT | $ 50.00 |
| | TO | | | |
| | RICHMOND, CA ( SAFEWAY) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 111717 | | | |
| | TRUCK # 150 | | | |
| | BOL # 25999,26006 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS

| TOTAL: | $ 615.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                      FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY FRIDAY     DATE 11/17/2017
NAME THREE J'S DISTRIBUTING                     PICK # 111717 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**    DAY FRIDAY          DATE 11/17/2017
NAME THREE J'S DISTRIBUTING                    PICK # 111717 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**  **PAID**    PRODUCT BREAD
# _____ PALLETS PIECES_____                            WEIGHT 5,000 LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12, 36   DEGREES KEPT IF REEFER N/A    PALLET EXCH ☐ Y ☑ N

**EXTRA PICK/STOP**       STOP                STOP                  STOP
NAME WINCO FOODS / 31          WINCO FOODS / 17          WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
PAY $ 850.00       + FSC INCL    + OTHER $ 75.00   TOTAL $ 925.00    ALL INCLUSIVE

CUSTOMER SIGNATURE _____        DATE 11/17/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION     **MC #** 783169

**Three J's Distributing, Inc.**
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PN-503-557-1215 - Fax
503-597-0783

## Delivery Route Sheet

Date: 11-17-16   Weekday: ___   Truck/Trailer #: SM#3

### All Stacks must be downstacked to 12 HIGH

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP, CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #36 | 1848942 | | | | | | | | | | |
| #31 | 1898399 | 107 | 30 | 9 | 1P | | 15P | 2 | 1 | 7 | |
| #17 | 1898395 | 200 | 30 | 16 | 1P | | 5P | 2 | 4 | 12 | |
| #12 | 1848394 | 81 | 22 | 11 | | | | | | | |

Driver's Name: _Tom McNara_   Driver's Signature: _____

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3965 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

P.O. BOX 340661  SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333  FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/17/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 111717 - RENO | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY FRIDAY          DATE 11/17/2017
NAME THREE J'S DISTRIBUTING                         PICK # PRIORITY-111717
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**DELIVER @CONSIGNEE**     DAY FRIDAY          DATE 11/17/2017
NAME THREE J'S DISTRIBUTING                         PICK # PRIORITY - 111717
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____          WEIGHT 5,000            LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA     DEGREES KEPT IF REEFER N/A    **PAID**    PALLET EXCH ☐ Y ☑ N
BOL # 6093

**EXTRA PICK/STOP**          STOP                STOP                STOP
NAME          PILOT TRUCK STOP          N/A                N/A
ADDRESS    LOST HILLS, CA
CONTACT
PHONE
PAY $ 915.00          + FSC INCL    + OTHER N/A    TOTAL $ 915.00          ALL INCLUSIVE

CUSTOMER SIGNATURE                                    DATE 11/17/2017

**CARRIER**    GO TRADE LOGISTICS CORPORATION          **MC #** 783169

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

*Cascade Pride PREMIUM QUALITY*

6093

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

3 J's

| TO: Consignee 3 J's | (Name of Carrier) | FROM: Shipper 3 J's | (SCAC) | Date 11-17-17 |
|---|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

Street 16251 Sr. 9th

Destination Clackamas OR  Zip Code 97015

Route

Street 5964 E. Slauson

Origin Commerce CA  Zip Code 90040

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | PO# 10468 – clack | | | |
| | | PO# 10469 – sac | | | |

RECEIVED
NOV 17 2017
BY: Thurston Oxley

Vehicle Number

REMIT C.O.D. TO:
ADDRESS

**COD**  Amt. $ _____

Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐ $
TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked ☐
Check box if charges are ☐ to be collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER 3 J's

PER Glen Dombrowski

CARRIER

PER

DATE

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3982 |
| TERMS | DUE DATE |
| 21 - DAYS | 01/01/2018 |


GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/17/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111717 | | | |
| | TRUCK 1 | | | |
| | BOL # 6093 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS

| TOTAL: | $ 915.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING  **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530  FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY FRIDAY  DATE 11/17/2017
NAME THREE J'S DISTRIBUTING  PICK # 111717- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE  CITY SACRAMENTO  STATE CA  ZIP 95834
PHONE (503)720-8530  CONTACT FLORIN IONESCU  EXT

**DELIVER @CONSIGNEE**  DAY FRIDAY  DATE 11/17/2017
NAME THREE J'S DISTRIBUTING  PICK # 111717- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE  CITY SACRAMENTO  STATE CA  ZIP 95834
PHONE (503)720-8530  CONTACT FLORIN IONESCU  EXT

**PAID**

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**  PRODUCT BREAD
# PALLETS PIECES  WEIGHT 5,000 LBS
INSTRUCTIONS:
YARD TRAILER MOVE  DEGREES KEPT IF REEFER N/A  PALLET EXCH ☐ Y ☑ N

**EXTRA PICK/STOP**  STOP  STOP  STOP
NAME  N/A  N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00  **+ FSC** INCL  **+ OTHER** N/A  **TOTAL $** 150.00  ALL INCLUSIVE

**CUSTOMER SIGNATURE**  DATE 11/17/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION  **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4028 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/17/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111717 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS

# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING   **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530   FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER** DAY SATURDAY   DATE 11/18/2017
NAME THREE J'S DISTRIBUTING   PICK # 111817- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE** DAY SATURDAY   DATE 11/18/2017
NAME THREE J'S DISTRIBUTING   PICK # 111817- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**   PRODUCT BREAD
# _____ PALLETS PIECES _____   WEIGHT 5,000 LBS
INSTRUCTIONS:
YARD TRAILER MOVE   DEGREES KEPT IF REEFER N/A   PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP** STOP   STOP N/A   STOP N/A
NAME
ADDRESS
CONTACT
PHONE
PAY $ 150.00   + FSC INCL   + OTHER N/A   TOTAL $ 150.00   ALL INCLUSIVE

CUSTOMER SIGNATURE   DATE 11/18/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4029 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/18/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111817 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS


**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**    DAY SATURDAY          DATE 11/18/2017
NAME THREE J'S DISTRIBUTING                           PICK # 111817 - SAC
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**    DAY SATURDAY          DATE 11/18/2017
NAME THREE J'S DISTRIBUTING                    PICK # 111817 - SAC
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____                              WEIGHT 5,000          LB$
INSTRUCTIONS:
1 - ROUNDTRIP - SAC, CA          DEGREES KEPT IF REEFER
PO # 59602                                                  PALLET EXCH [ ]Y [✓]N

**EXTRA PICK/STOP**      STOP                STOP                STOP
NAME
ADDRESS
CONTACT
PHONE
**PAY $** 75.00      + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 75.00      ALL INCLUSIVE

**CUSTOMER SIGNATURE**          _d_                    DATE 11/18/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

# RUSSIAN CHOCOLATE INC

**Invoice**

10170 CROYDON WAY, UNIT D
SACRAMENTO, CA 95827
TEL (916)361-1551

| Date | Invoice # |
|------|-----------|
| 11/18/2017 | 26726 |

| Bill To | Ship To |
|---------|---------|
| Three J's Distributing, Inc.<br>PO BOX 2890,<br>CLACKAMAS, OR 97015 | Three J's Distributing, Inc.<br>16251 SE 98TH AVE.<br>CLACKAMAS, OR 97015 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 59602 | Net 20 | Hrach | 11/18/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 520 | CMINIASSRT | MINI ASSORTED COOKIES 15oz | 2.17 | 1,128.40 |
| 520 | CMINICHOC | MINI CHOCOLATE COOKIES 17oz | 2.33 | 1,211.60 |

RECEIVED
NOV 18 2017
BY: TWAKLEY

| | Total | $2,340.00 |
|--|-------|-----------|

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4001 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS** CORPORATION

P.O. BOX 340661  SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333 FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 75.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/18/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | SACRAMENTO, CA ( RUSSIAN CHOCOLATE) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111817 | | | |
| | TRUCK 1 | | | |
| | PO # 59602 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 75.00 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY SATURDAY      DATE 11/18/2017
NAME THREE J'S DISTRIBUTING                       PICK # 111817 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU           EXT

**DELIVER @CONSIGNEE**       DAY SATURDAY          DATE 11/18/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111817 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU           EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**     PRODUCT BREAD
#_____ PALLETS PIECES_____                      WEIGHT 5,000 _____LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12.   DEGREES KEPT IF REEFER N/A

PALLET EXCH [ ] Y  [✓] N

**EXTRA PICK/STOP**       STOP              STOP                  STOP
NAME       WINCO FOODS / 31        WINCO FOODS / 17         WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
**PAY $** 850.00      + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 850.00       ALL INCLUSIVE

**CUSTOMER SIGNATURE**                              DATE 11/18/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION      **MC #** 783169

Three J's Distributing, Inc.
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PH: 503-657-1215
503-597-0783 - Fax

## Delivery Route Sheet

Date: 11-10-17

Weekday: 5+1

Truck/Trailer # 50543-5320

**All Stacks must be downstacked to 12 HIGH**

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1898420 | 86 | 73 | 11 | 0 | | 6P | 2 | 0 | 4 | 4 |
| #17 | 1898416 | 167 | 41 | 0 | 0 | | 2P | 2 | 0 | 2 | 4 |
| #12 | 1898445 | 143 | 1 | 0 | 1P | | 1P | 2 | | 4 | 4 |

Driver's Name: Tommie Tran

Driver's Signature:

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3966 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/18/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 111817 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

**THANK YOU FOR YOUR BUSINESS**



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING    **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY SATURDAY    DATE 11/18/2017
NAME THREE J'S DISTRIBUTING    PICK # PRIORITY-111817
ADDRESS 1121 STRIKER AVE    CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530    CONTACT FLORIN IONESCU    EXT

**DELIVER @CONSIGNEE**    DAY SATURDAY    DATE 11/18/2017
NAME THREE J'S DISTRIBUTING    PICK # PRIORITY - 111817
ADDRESS 1121 STRIKER AVE    CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530    CONTACT FLORIN IONESCU    EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**  PAID    PRODUCT BREAD
# _____ PALLETS PIECES _____    WEIGHT 5,000 LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA    DEGREES KEPT IF REEFER N/A
BOL # 6094    PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**    STOP    STOP    STOP
NAME PILOT TRUCK STOP    N/A    N/A
ADDRESS LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00  **+ FSC** INCL  **+ OTHER** N/A  **TOTAL $** 915.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE**    DATE 11/18/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION    **MC #** 783169

Case 2:18-cv-02293-KJM-KJN Document 1-2 Filed 08/22/18 Page 73 of 126

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

6094

# THREE J's DISTRIBUTING, INC

**Cascade Pride** PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
**ORIGINAL – NOT NEGOTIABLE**

Shipper No._____

Carrier No._____

JJ's Distributing *(Name of Carrier)* (SCAC)

Date 11-18-17

| TO: Consignee | JJ's | FROM: Shipper | JJ-) |
|---|---|---|---|

On Collection Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

| Street | 16251 SE 98 Ave | Street | 5964 E. Slauson |
|---|---|---|---|
| Destination | Clackamas OR | Zip Code 97015 | Origin | | Zip Code |

Route

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO# 10476 - clack | | | |
| | | TPO# 10477 - sac | | | |

Vehicle Number

REMIT
C.O.D. TO:
ADDRESS

**COD** Amt. $

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked
☐ Check box if charges are to be collected

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | JJ's | CARRIER | |
|---|---|---|---|
| PER | Galen Dombrowski | PER | NOV 18 2017 |
| | | DATE | BY: T. OAKLEY |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3983 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/18/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 111817 | | | |
| | TRUCK 1 | | | |
| | BOL # 6094 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530        FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY   SUNDAY        DATE 11/19/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111917 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO        STATE CA   ZIP 95834
PHONE (503)720-8530        CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**   DAY   SUNDAY        DATE 11/19/2017
NAME THREE J'S DISTRIBUTING                        PICK # 111917 - RENO
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO        STATE CA   ZIP 95834
PHONE (503)720-8530        CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**

#_____ PALLETS PIECES_____        PRODUCT BREAD
INSTRUCTIONS:                        WEIGHT 5,000 LBS
ROSEVILLE, RENO - WINCO, 31,17,12.        DEGREES KEPT IF REEFER N/A        PALLET EXCH ☐ Y  ☑ N

**EXTRA PICK/STOP**        STOP        STOP        STOP
NAME WINCO FOODS / 31        WINCO FOODS / 17        WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
**PAY $** 850.00   **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 850.00   ALL INCLUSIVE

CUSTOMER SIGNATURE        DATE 11/19/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

Three J's Distributing Inc.
16251 SE 98th Ave. Bldg B,
Clackamas OR 9715
PH: 503-657-4215  Fax
503-597-0783

# Delivery Route Sheet

Date: 11-19-17

Weekday: SUN

Truck/Trailer #: 50943-5320

**All Stacks must be downstacked to 12 HIGH**

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 18984738 | 15 | 54 | 10 | 1P | | 3 | 3 | 4 | 6 | |
| #12 | 18984734 | 133 | 39 | 0 | 0 | 1P | 2 | 3 | 1 | | |
| #17 | 18984735 190 | 69 | 9 | 31k | 0 | 0 | 2 | 10 | | | |

Driver's Name: _____

Driver's Signature: _____

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3967 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

P.O. BOX 340661  SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333  FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/19/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | LOAD # 111917 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530        FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY SUNDAY        DATE 11/19/2017
NAME THREE J'S DISTRIBUTING                PICK # PRIORITY-111917
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530        CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**   DAY SUNDAY        DATE 11/19/2017
NAME THREE J'S DISTRIBUTING                PICK # PRIORITY - 111917
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530        CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**        PRODUCT BREAD
#_____ PALLETS PIECES_____                WEIGHT 5,000        LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA        DEGREES KEPT IF REEFER N/A
BOL # 6096                PALLET EXCH  [ ] Y  [✓] N

**EXTRA PICK/STOP**        STOP        STOP        STOP
NAME        PILOT TRUCK STOP        N/A        N/A
ADDRESS  LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00    + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 915.00        ALL INCLUSIVE

**CUSTOMER SIGNATURE**                **DATE** 11/19/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

6096

Cascade Pride
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date  11-19-17

(Name of Carrier)  *Three Js Distributing INC*   (SCAC)

TO:
Consignee  *Clackamas*

FROM:
Shipper  *Three Js*

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430 Sec. 1.

Street  *1625 I SE 98th AVE*

Street  *5964 E. Slauson Ave*

Destination  *Clackamas OR*   Zip Code  *97015*   Origin  *Commerce Ca*   Zip Code  *90040*

Vehicle Number

Route

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | *TPO # 10481*          *Clack* | | | |
| | | | | | |
| | | *TPO# 10482, 10483*       *Sac* | | | |
| | | | | | |
| | | | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**   Amt. $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignee, the consignor shall sign the following statements.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES:  $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked

Check box if charges are to be collected ☐

.VED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  *Three Js*

PER  *David Scgavia*

CARRIER

PER

DATE

NOV 19 2017

BY:  *Thorston Oxley*

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3984 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

P.O. BOX 340661 SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333 FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/19/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | LOAD # 111917 | | | |
| | TRUCK 1 | | | |
| | BOL # 6096 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER** DAY SUNDAY    DATE 11/19/2017
NAME THREE J'S DISTRIBUTING               PICK # 111917- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA  ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE** DAY SUNDAY         DATE 11/19/2017
NAME THREE J'S DISTRIBUTING               PICK # 111917- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA  ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU        EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**        PRODUCT BREAD
# _____ PALLETS PIECES_____                WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE          DEGREES KEPT IF REEFER N/A        PALLET EXCH [ ] Y [✓] N

*PAID*

**EXTRA PICK/STOP**    STOP         STOP              STOP
NAME                              N/A              N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00    + FSC INCL  + OTHER N/A   **TOTAL $** 150.00   ALL INCLUSIVE

CUSTOMER SIGNATURE                              DATE 11/19/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION    **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4030 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/19/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 111917 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J`S DISTRIBUTING        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY MONDAY        DATE 11/20/2017
NAME THREE J`S DISTRIBUTING                       PICK # 112017- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU        EXT

**DELIVER @CONSIGNEE**   DAY MONDAY                DATE 11/20/2017
NAME THREE J`S DISTRIBUTING                       PICK # 112017- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU        EXT

**PAID**

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**        PRODUCT BREAD
#_____ PALLETS PIECES_____                             WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE
_____   DEGREES KEPT IF REEFER N/A        PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**    STOP            STOP              STOP
NAME_____            N/A               N/A
ADDRESS_____
CONTACT_____
PHONE_____

**PAY $** 150.00    **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 150.00    ALL INCLUSIVE

**CUSTOMER SIGNATURE**_____        DATE 11/20/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4031 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



P.O. BOX 340661  SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/20/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112017 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

**THANK YOU FOR YOUR BUSINESS**



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY TUESDAY      DATE 11/21/2017
NAME THREE J'S DISTRIBUTING                       PICK # 112117- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**   DAY TUESDAY               DATE 11/21/2017
NAME THREE J'S DISTRIBUTING                       PICK # 112117- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA   ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**      PRODUCT BREAD
#_____ PALLETS PIECES_____                    WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE                 DEGREES KEPT IF REEFER N/A      PALLET EXCH ☐ Y ☑ N

**EXTRA PICK/STOP**   STOP              STOP              STOP
NAME_____                            N/A               N/A
ADDRESS_____
CONTACT_____
PHONE_____
**PAY $** 150.00    + **FSC** INCL  + **OTHER** N/A  **TOTAL $** 150.00   ALL INCLUSIVE

CUSTOMER SIGNATURE _____                         DATE 11/21/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION         **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4032 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

P.O. BOX 340661  SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333  **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/21/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112117 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING      **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530      FAX

## CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY TUESDAY   DATE 11/21/2017
NAME THREE J'S DISTRIBUTING
                                                        PICK # 112117 - RENO
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE**   DAY TUESDAY   DATE 11/21/2017
NAME THREE J'S DISTRIBUTING
                                                        PICK # 112117 - RENO
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**   PRODUCT BREAD
#_____ PALLETS PIECES_____
                                                        WEIGHT 5,000 LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12,36   DEGREES KEPT IF REEFER N/A   PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**   STOP   STOP   STOP
NAME WINCO FOODS / 31   WINCO FOODS / 17   WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
**PAY $** 850.00   **+ FSC** INCL   **+ OTHER** $ 75.00   **TOTAL $** 925.00 ALL INCLUSIVE

**CUSTOMER SIGNATURE**   DATE 11/21/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

Three J's Distributing Inc.
16251 SE 98th Ave. Bldg B,
Clackamas OR 9715
PN:503-657-1215  Fax
503-597-0783

**Delivery Route Sheet**

All Deliveries Requires a Store Receiving Clerk's Signature

Date: 11-21-17
Weekday: Tues
Truck/Trailer # 50862-44862

## All Stacks must be down/stacked to 12 HIGH

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #36 | 1900364 | 0 | 0 | 0 | 0 | | 2P | 0 | 0 | 0 | Cutc |
| #31 | 1898457 | 146 | 34 | 6 | 15Tc | | 15Tk | 2 | 3 | B | mm |
| #17 | 1898455 | 16 108 24 | 79 24 20 | 10 | 1P | | 1P | 2 18 | | | |
| #12 | 1898454 | 21 34 | 36 | 10 | 1P | | 15Tk | 0 | | | |

Please return route sheet in with your nightly log papers to verify deliveries

Driver's Name: _____

Driver's Signature: _____

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3968 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|-----------|----------|
| $ 925.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/21/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMNETO, CA ( WINCO # 36) | 01 | FLAT | $ 75.00 |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | LOAD # 112117 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 925.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J`S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**    DAY TUESDAY          DATE 11/21/2017
NAME THREE J`S DISTRIBUTING                           PICK # PRIORITY-112117
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU             EXT

**DELIVER @CONSIGNEE**    DAY TUESDAY              DATE 11/21/2017
NAME THREE J`S DISTRIBUTING                        PICK # PRIORITY - 112117
ADDRESS 1121 STRIKER AVE        CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530             CONTACT FLORIN IONESCU             EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION** *PAID*       PRODUCT BREAD
#            PALLETS PIECES                                        WEIGHT 5,000          LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA                                    PALLET EXCH  [ ] Y  [✓] N
                                 DEGREES KEPT IF REEFER N/A
BOL # 6097

**EXTRA PICK/STOP**        STOP              STOP              STOP
NAME            PILOT TRUCK STOP          N/A               N/A
ADDRESS    LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00      + **FSC** INCL  + **OTHER** N/A  **TOTAL $** 915.00        ALL INCLUSIVE

CUSTOMER SIGNATURE _____ . DATE 11/21/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION     **MC #** 783169

6097

# THREE J's DISTRIBUTING, INC

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are ... for transportation according to the applicable regulations ...

*Cascade Pride*
PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

3J's  Distributing
(Name of Carrier)          (SCAC)

Date 11-21-17

| | |
|---|---|
| TO: Consignee  3J's | FROM: Shipper  3J's |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1 | |
| Street  16259 Se 9t Ave | Street  5964 E. Slauson |
| Destination  Clackamas OK  Zip Code 97015 | Origin  Commerce CA  Zip Code 90040 |

Route _____

Vehicle Number _____

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO# | | | |
| | | | RECEIVED | | |
| | | TPO# | NOV 21 2017 | | |
| | | | BY: TO AKLEY | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**          Amt. $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL CHARGES: $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

FREIGHT CHARGES:
FREIGHT PREPAID      Check box
except when          if charges are
box at right         to be
is checked           collected ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  3J's | CARRIER |
|---|---|
| PER  Glen Dombrowski | PER |
| | DATE |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3985 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

| **BILL TO:** |
|---|
| THREE J`S DISTRIBUTING, INC<br>P.O BOX 2890<br>CLACKAMAS, OR, 97015 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/21/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 112117 | | | |
| | TRUCK 1 | | | |
| | BOL # 6097 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| **TOTAL:** | $ 915.00 |
|---|---|

## THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG        **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                             FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY  TUESDAY         DATE 11/21/2017
NAME THREE J'S DISTRIBUTING                      PICK # 112117 - RICHMOND
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**DELIVER @CONSIGNEE**      DAY   TUESDAY             DATE 11/21/2017
NAME THREE J'S DISTRIBUTING                      PICK # 112117 - RICHMOND
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____                     WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
1 - ROUNDTRIP - RICHMOND, CA        DEGREES KEPT IF REEFER       PALLET EXCH  ☐ Y  ☑ N
BOL # 22586

**EXTRA PICK/STOP**      STOP              STOP                STOP
NAME
ADDRESS
CONTACT
PHONE
PAY $ 385.00        + FSC INCL    + OTHER N/A    TOTAL $ 385.00        ALL INCLUSIVE

CUSTOMER SIGNATURE                                    DATE 11/21/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION            **MC #** 783169

Case 2:18-cv-02293-KJM-KJN   Document 1-2   Filed 08/22/18   Page 94 of 126

# STRAIGHT BILL OF LADING - SHORT FORM

*Tuesday*

RECEIVED SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING.

Nº 22586

SHIPPED FROM

## SAFEWAY BREAD - #8122

## 905 SO. 34TH ST    DATE 11-21-19    20

B/L NO.

## RICHMOND, CA 94804

CUSTOMER P.O. NO.

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS OWN ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND ILLINOIS FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

(MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY.)

CONSIGNED TO   3J'S

DESTINATION                    STATE OF              ROUTE

SEND
FREIGHT BILL TO   3J'S

CARRIER   3J'S                TRAILER/CAR NO.   5340

| NO.<br>UNITS | DESCRIPTION OF ARTICLES, SPECIAL<br>MARKS AND EXCEPTIONS | ★ WEIGHT<br>(SUB. TO CORR.) | CLASS<br>OR RATE | CH.<br>COL. | |
|---|---|---|---|---|---|
| 912 | CP SPLIT White | | | | SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. |
| 99 | CP GI Prem Plain Hams | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| 708 | CP SPLIT Wheat | | | | |
| 474 | CP HotDog 16 PK | | | | |
| | CP 100% Whole Wheat | | | | SIGNATURE OF THE CONSIGNOR |
| 310 | CP Ranch White | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID" |
| 288 | CP Cracked Wheat | | | | |
| 576 | CP 100% Stoneground | | | | |
| — | CP Hearty Grain | | | | THIS SHIPMENT IS CORRECTLY DESCRIBED CORRECT WEIGHT IS _____ LBS. |
| — | CP 8 Grain | | | | SUBJECT TO VERIFICATION BY THE TRANS CONTINENTAL FREIGHT BUREAU |
| — | CP GI Prem Ses Hams | | | | ACCORDING TO AGREEMENT NO. _____ |
| | | | | | SHIPPER |
| 2124 | WinCo HotDog 8's | | | | ★ IF THE SHIPMENT MOVES BETWEEN TWO PORTS |
| 1356 | WinCo Hams 8's | | | | BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT." |
| 3780 | WinCo White 24oz | | | | NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN |
| 2736 | WinCo Wheat 24oz | | | | WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. |
| | RECEIVED | | | | THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. |
| | NOV 21 2017 | | | | |
| | BY: | | | | $ _____ PER _____ |

| CARD<br>CODE | DIV. | VENDOR | FREIGHT BILL NO. | DUE DATE | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 1  2 | 5 | 9 | 13  14 | 22  23 | PRODUCT SUBMITTED TO CARRIER IN A SORTED AND SEGREGATED MANNER MUST BE DELIVERED IN A SORTED AND SEGREGATED MANNER |
| | | | | | CERTIFIED ORGANIC REG #2344 |

| B/L NO. | B.U.<br>NO. | Set<br>Up | Ret<br>Doc | FACILITY | SUB<br>FAC. | MAJOR | MINOR | TYPE | "SHIP TO"<br>CUSTOMER # | QUANTITY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29        34 | 35 | 36 | 37 | 41 | 43  44 | 46 | 49 | 50 | 51        55 | 56        62 | 71 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

FOR SHIPPER

FOR CARRIER

PERMANENT POST-OFFICE ADDRESS OF SHIPPER:

FORM NO. B-175-1 [REV. 11-92] 1-96. 20-10

BILLS OF LADING-BLANK PLANT

(THIS BILL OF LADING IS TO BE SIGNED BY THE SHIPPER AND AGENT OF THE CARRIER ISSUING SAME.)

SEND ORIGINAL B/L TO FINANCE
A/P WALNUT CREEK, CA

1

# THREE J'S DISTRIBUTING, INC

58454

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
16251 SE 98th
Building D
Clackamas, OR 97015

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Cascade Pride
PREMIUM QUALITY

This is to certify that the below named...

Shipper No. _____

Carrier No. _____

TO: Consignee RBP Richmond bread

Name of Carrier: Three J's Dist.

FROM: Shipper CBP Clackamas bread (SCAC)

Date 11-18-17

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

Street

Destination Richmond CA.        Zip Code

Street

Origin Clackamas or        Zip Code

Route        Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | Pallet oil | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMIT C.O.D. TO:
ADDRESS

**COD**        Amt. $ _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignee, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked
Check box if charges are to be collected ☐

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER CBP

PER

CARRIER Three J's Dist.

PER

DATE

Case 2:18-cv-02293-KJM-KJN   Document 1-2   Filed 08/22/18   Page 96 of 126

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

28712

# THREE J's DISTRIBUTING, INC

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Go Logistics

(Name of Carrier)          (SCAC)

Date  11/20/17

TO: Consignee  Safway RBP

FROM: Shipper  Three J's

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430. Sec. 1

Street

Destination  Richmond CA          Zip Code

Street

Origin  Sacramento CA          Zip Code

Route

Vehicle Number  S392

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 900 | | 30 STACKS Empties | | | |
| | | 1 Drum oil – Seperate BOL | | | |
| | | # S392 | | | |
| | | | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**     Amt. $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignee, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID except when box at right is checked          Check box are if charges are to be collected ☐

/ED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  Three J's

CARRIER  Go Logistics

PER  Dr. mills

PER

DATE

Case 2:18-cv-02293-KJM-KJN Document 1-2 Filed 08/22/18 Page 97 of 126

# MEMORANDUM

**THIS MEMORANDUM** IS AN ACKNOWLEDGEMENT THAT A BILL OF LADING HAS BEEN ISSUED AND IS NOT THE ORIGINAL BILL OF LADING NOR A COPY OR DUPLICATE COVERING THE PROPERTY NAMED HEREIN, AND IS INTENDED SOLELY FOR FILING OR RECORD.

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,

SHIPPED FROM **SAFEWAY INC. (BREAD PLANT 8111)**

**9450 SE MANGAN DRIVE** DATE _____ 20 ____

**CLACKAMAS, OR 97015**

B/L NO. **0141832**

CUSTOMER P.O. NO.

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED, AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND ILLINOIS FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR SHIPMENT.

SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO LA Bread Plant / Via Richmond Bread (NAME OR STREET ADDRESS OF CONSIGNEE-FOR PURPOSES OF NOTIFICATION ONLY.)

DESTINATION Los Angeles STATE OF CA ROUTE Truck

SEND FREIGHT BILL TO:

CARRIER 35⁵ TRAILER/CAR NO.

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★WEIGHT (SUB. TO CORR.) | CLASS OR RATE | CH. COL. |
|---|---|---|---|---|
| 1 | Tote of Organic Pea oil #311620 | #2075 | | |
| | Mallot Lot# 022817116851 | | | |
| | | 2075 | | |

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID."

THIS SHIPMENT IS CORRECTLY DESCRIBED CORRECT WEIGHT IS _____ LBS.

SUBJECT TO VERIFICATION BY THE TRANS-CONTINENTAL FREIGHT BUREAU ACCORDING TO AGREEMENT NO. _____

SHIPPER

★ IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

$ _____ PER _____

Q-LOK COLOR
SELL BY,
SEAL #
TEMP;

**SPECIAL INSTRUCTIONS**
PRODUCT SUBMITTED TO CARRIER IN A SORTED AND SEGREGATED MANNER MUST BE DELIVERED IN A SORTED AND SEGREGATED MANNER

FOR SHIPPER _____ Williamson _____ FOR CARRIER _____

PERMANENT POST-OFFICE ADDRESS OF SHIPPER:

FORM NO. B-175-2 CONT (NEW 6-94) 05-10-15-45     BILLS OF LADING-BLANK-PLANT     (THIS BILL OF LADING IS TO BE SIGNED BY THE SHIPPER AND AGENT OF THE CARRIER ISSUING SAME)

4

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4002 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GO**TRADE**LOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 385.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/21/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 385.00 |
| | TO | | | |
| | RICHMOND, CA ( SAFEWAY) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112117 | | | |
| | | | | |
| | BOL # 22586. | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 385.00 |
|---|---|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG       **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**    DAY TUESDAY       DATE 11/21/2017
NAME THREE J'S DISTRIBUTING
                                                  PICK # 112117 - MODESTO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**DELIVER @CONSIGNEE**    DAY TUESDAY       DATE 11/21/2017
NAME THREE J'S DISTRIBUTING
                                                  PICK # 112117 - MODESTO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU              EXT

**EQUIPMENT TYPE** 53FT / VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____           WEIGHT 5,000          LBS
INSTRUCTIONS:
1 - ROUNDTRIP - MODESTO, CA            DEGREES KEPT IF REEFER          PALLET EXCH [ ] Y  [✓] N

**EXTRA PICK/STOP**        STOP           STOP                STOP
NAME
ADDRESS
CONTACT
PHONE
**PAY $** 260.00        + **FSC** INCL    + **OTHER** N/A   **TOTAL $** 260.00       ALL INCLUSIVE

**CUSTOMER SIGNATURE**                              DATE 11/21/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION       **MC #** 783169



Three J's Distributing Inc.
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PN: 503-657-1215
503-597-0783  Fax

# Delivery Route Sheet

Date: _11-21-11_

Weekday: _TUESDAY_

Truck/Trailer #: _110 / 5286_

## All Stacks must be downstacked to 12 HIGH

All Deliveries Requires a Store Receiving Clerk's Signature

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 1898453 | 887 | 67 | 8 | 1 | 8 | 8 | 8 | 3 | 12 | |
| 21 | 1900305 | 382 | 100 | 11 | 8 | 8 | 8 | 2 | 4 | 14 | |

Please return route sheet in with your nightly log papers to verify deliveries

Driver's Name: _Rick Siglar_

Driver's Signature: _____

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4003 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

P.O. BOX 340661 SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333 FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 260.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/21/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 260.00 |
| | TO | | | |
| | STOCKTON, CA ( WINCO # 10) | | | |
| | TO | | | |
| | MODESTO, CA ( WINCO # 21) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112117 - MODESTO | | | |
| | TRUCK 1 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 260.00 |
|---|---|

## THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                              FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY WEDNESDAY        DATE 11/22/2017
NAME THREE J'S DISTRIBUTING                          PICK # 112217 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**     DAY WEDNESDAY          DATE 11/22/2017
NAME THREE J'S DISTRIBUTING                          PICK # 112217 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**   **PAID**   PRODUCT BREAD
#        PALLETS PIECES                                         WEIGHT 5,000        LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12.     DEGREES KEPT IF REEFER N/A

PALLET EXCH [ ] Y  [✓] N

**EXTRA PICK/STOP**          STOP                STOP                STOP
NAME      WINCO FOODS / 31          WINCO FOODS / 17          WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA   2855 NORTHTOWNE LN, RENO, NV   9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
PAY $ 850.00        + FSC INCL   + OTHER N/A   TOTAL $ 850.00          ALL INCLUSIVE

CUSTOMER SIGNATURE                                    DATE 11/22/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

P.O. BOX 340661  SACRAMENTO, CA 95834      TOLL FREE: (877) 559-0933  FAX: (916) 314-0908      WWW.GOTRADELOGISTICS.COM

Three J's Distributing Inc.
16251 SE 98th Ave. Bldg B,
Clackamas OR 9715
PN: 503-657-1215
503-597-0783  Fax

# Delivery Route Sheet

Date: 11-22-17

Weekday: _____

Truck/Trailer #: 50943-5326

All deliveries Requires a Store Receiving Clerk's Signature

## All Stacks must be downstacked to 12 HIGH

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1900743 | 161 | 8 | 7 | 7 | | 4P | 2 | 2 | 8 | |
| #12 | 1890471 | 17 | 43 | 0 | 0 | | 2P 2916 | 2 | 3 | 4 | |
| #17 | 1900767 | 163 | 32 | 12 | 0 | | 0 | 0 | 0 | 3 | |

Driver's Name: Tommy Jones

Driver's Signature:

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 3969 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/22/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | | | |
| | LOAD # 112217 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



**GO**TRADE**LOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE  (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY  WEDNESDAY          DATE  11/22/2017
NAME  THREE J'S DISTRIBUTING                              PICK #  PRIORITY-112217
ADDRESS 1121 STRIKER AVE                    CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530                         CONTACT  FLORIN IONESCU              EXT

**DELIVER @CONSIGNEE**     DAY     WEDNESDAY          DATE  11/22/2017
NAME  THREE J'S DISTRIBUTING                              PICK #  PRIORITY - 112217
ADDRESS 1121 STRIKER AVE                    CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530                         CONTACT  FLORIN IONESCU              EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
#           PALLETS PIECES                                  WEIGHT 5,000           LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA                              PALLET EXCH  ☐ Y  ☑ N
                               DEGREES KEPT IF REEFER N/A
BOL # 6098

*PAID*

**EXTRA PICK/STOP**          STOP                STOP                STOP
NAME          PILOT TRUCK STOP                   N/A                 N/A
ADDRESS    LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00          + FSC INCL   + OTHER N/A   **TOTAL $** 915.00          ALL INCLUSIVE

**CUSTOMER SIGNATURE**                                      DATE 11/22/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

6098

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date  11-22-17

3J's Distribution
(Name of Carrier)                                    (SCAC)

| TO: Consignee | 3J's | FROM: Shipper | 3J's |
|---|---|---|---|

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1

| Street | 16251 SE 98 Ave | Street | 5964 E. Slauson |
| Destination | Clackamas OR   Zip Code 97015 | Origin | Commerce CA   Zip Code 90040 |

Route _____

Vehicle Number _____

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO# 10495 - clack | | | |
| | | TPO# 10496, 10497 - sac | | | |

REMIT C.O.D. TO: ADDRESS

**COD**   Amt. $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

| C.O.D. FEE: | |
| PREPAID ☐ | $ |
| COLLECT ☐ | |
| TOTAL CHARGES: | $ |

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check box if charges are to be collected ☐

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

...VED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | 3J | CARRIER | |
| PER | Glen Dombrouski | PER | NOV 22 2017 |
| | | DATE | BY: Thurston Oakley |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3986 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/22/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 112217 | | | |
| | TRUCK 1 | | | |
| | BOL # 6098 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|--------|----------|

THANK YOU FOR YOUR BUSINESS


## GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**     DAY WEDNESDAY      DATE 11/22/2017
NAME THREE J'S DISTRIBUTING                         PICK # 112217- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE              CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530                   CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**          DAY WEDNESDAY          DATE 11/22/2017
NAME THREE J'S DISTRIBUTING                         PICK # 112217- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE              CITY SACRAMENTO    STATE CA    ZIP 95834
PHONE (503)720-8530                   CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN   **LOAD DESCRIPTION**     PRODUCT BREAD
#_____ PALLETS PIECES_____             WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
YARD TRAILER MOVE                      DEGREES KEPT IF REEFER N/A       PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**        STOP              STOP              STOP
NAME                                        N/A               N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00        + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 150.00        ALL INCLUSIVE

CUSTOMER SIGNATURE                                  DATE 11/22/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4033 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559.0333 **FAX:** (916) 514.0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/22/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112217 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 150.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS

# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING      **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                          FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER** DAY THURSDAY        DATE 11/23/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE                      PICK # 112317- YARD TRAILER MOVE
                                             CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530                          CONTACT FLORIN IONESCU         EXT

**DELIVER @CONSIGNEE** DAY THURSDAY        DATE 11/23/2017
NAME THREE J'S DISTRIBUTING
ADDRESS 1121 STRIKER AVE                      PICK # 112317- YARD TRAILER MOVE
                                             CITY SACRAMENTO      STATE CA    ZIP 95834
PHONE (503)720-8530                          CONTACT FLORIN IONESCU         EXT

**EQUIPMENT TYPE** 53 FT/ VAN **LOAD DESCRIPTION**    **PAID**    PRODUCT BREAD
# _____ PALLETS PIECES _____                              WEIGHT 5,000 LBS
INSTRUCTIONS:
YARD TRAILER MOVE
                        DEGREES KEPT IF REEFER N/A       PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**      STOP            STOP              STOP
NAME                                    N/A               N/A
ADDRESS
CONTACT
PHONE
**PAY $** 150.00    + FSC INCL   + OTHER N/A   **TOTAL $** 150.00   ALL INCLUSIVE

**CUSTOMER SIGNATURE**                              DATE 11/23/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION        MC # 783169

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4034 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

---

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

---

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

---

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/23/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112317 - YARD TRAILER MOVE | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS

| TOTAL: | $ 150.00 |
|---|---|

THANK YOU FOR YOUR BUSINESS



**GOTRADELOGISTICS**
CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY FRIDAY          DATE 11/24/2017
NAME THREE J'S DISTRIBUTING                    PICK # 112417 - RICHMOND
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**   DAY FRIDAY          DATE 11/24/2017
NAME THREE J'S DISTRIBUTING                    PICK # 112417 - RICHMOND
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53FT / VAN **LOAD DESCRIPTION**     PRODUCT BREAD
#_____ PALLETS PIECES_____          WEIGHT 5,000          LBS
INSTRUCTIONS:
1 - ROUNDTRIP - RICHMOND, CA
                                DEGREES KEPT IF REEFER_____     PALLET EXCH ☐ Y  ☑ N
BOL # 26049

**EXTRA PICK/STOP**     STOP          STOP          STOP
NAME
ADDRESS
CONTACT
PHONE

**PAY $** 385.00          **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 385.00          ALL INCLUSIVE

**CUSTOMER SIGNATURE**                          DATE 11/24/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

STRAIGHT BILL OF LADING – SHORT FORM
ORIGINAL – Not Negotiable

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING.

SHIPPED FROM **SAFEWAY BREAD – #8122**

**905 SO. 34TH ST.** DATE 11-22-17 20

**RICHMOND, CA 94804**

No **26049**

B/L NO. _____

CUSTOMER P.O. NO. _____

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER EXCEPT AS NOTED CONTENTS AND CONDITIONS OF CONTENTS OF INCLUDES ????? MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND ???? FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

(MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSES OF NOTIFICATION ONLY)

CONSIGNED TO 3JS

DESTINATION 3H STATE OF _____ ROUTE _____

SEND FREIGHT BILL TO _____

CARRIER 3JS TRAILER/CAR NO. 5404

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
SIGNATURE OF THE CONSIGNOR

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

| NO. UNITS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ★ WEIGHT (SUB. TO CORR) | CLASS OR RATE | CH COL |
|---|---|---|---|---|
| 384 | Split top | | | |
| 126 | plain Ham | | | |
| 504 | Split top wheat | | | |
| 240 | light Hots | | | |
| 192 | ranch white | | | |
| 300 | cracked wheat | | | |
| 1084 | 100% Stone grnd | | | |
| 1512 | Winco Hots | | | |
| 720 | Winco Hams | | | |
| 3996 | Winco white | | | |
| 2772 | Winco wheat | | | |
| 11430 | total | | | |

RECEIVED

NOV 23 2017

BY:

THIS SHIPMENT IS CORRECTLY DESCRIBED CORRECT WEIGHT IS _____ LBS.
SUBJECT TO NOTIFICATION OF THE TEAMS CONTINENTAL FREIGHT ????
ACCORDING TO AGREEMENT NO _____

_____
SHIPPER

★ IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPERS WEIGHT".

NOTE – WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING.

$ _____ PER _____

| CARD CODE | DIV. | VENDOR | FREIGHT BILL NO. | DUE DATE |
|---|---|---|---|---|
| 1 2 | 4 5 9 | 13 14 | 22 23 | 24 |
| 1 2 | | | | |

SPECIAL INSTRUCTIONS
PRODUCT SUBMITTED TO CARRIER IN A SORTED AND SEGREGATED MANNER MUST BE DELIVERED IN A SORTED AND SEGREGATED MANNER.

CERTIFIED ORGANIC REG #2344

| B/L NO. | | ? | Set Up | ? | FACILITY | SUB FAC | MAJOR | MINOR | TYPE | "SHIP TO" CUSTOMER # | QUANTITY | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 34 | 35 | 36 | 37 | 38 | 41 42 | 43 44 | 46 47 | 49 50 | 51 55 | 56 | 62 | 63 31 |

FOR SHIPPER _____ FOR CARRIER _____
PERMANENT POST-OFFICE ADDRESS OF SHIPPER:

FORM NO. ?????

BILLS OF LADING-BLANK-PLANT (THIS BILL OF LADING IS TO BE SIGNED BY THE SHIPPER AND AGENT OF THE CARRIER ISSUING SAME)

SEND ORIGINAL B/L TO FINANCE
???

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# THREE J's DISTRIBUTING, INC

28698

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
1121 Strike Ave #130
Sacramento, CA
95834

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

Shipper No. _____

Carrier No. _____

Date _11-22-17_

_Go Logistics_

(Name of Carrier)                    (SCAC)

TO:
Consignee  _SAFEWAY  RBP_

FROM:
Shipper  _Sacramento - Warehouse_

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430. Sec. 1

Street

Street

Destination                         Zip Code

Origin                              Zip Code

Route

Vehicle Number  _5345_

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1890 | | 63 STACKS Empties | | | |
| | | # 5345 | | | |

REMIT
C.O.D. TO:
ADDRESS

**COD**   Amt. $ _____

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐
TOTAL
CHARGES: $

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of the conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

FREIGHT CHARGES:
FREIGHT PREPAID         Check box
except when                if charges are
box at right
is checked

☐ Check box
if charges are
☐ to be
collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are herby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER  _3J_

CARRIER

PER  _D. mills_

PER

DATE

RECEIVED

NOV 23 2017

BY: _____

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4004 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

P.O. BOX 340661 SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J'S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 385.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/24/2017 | SACRAMENTO, CA ( THREE J'S DISTRIBUTING) | 01 | FLAT | $ 385.00 |
| | TO | | | |
| | RICHMOND, CA ( SAFEWAY) | | | |
| | TO | | | |
| | SACRAMENTO , CA ( THREE J'S DISTRIBUTING) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112417 | | | |
| | | | | |
| | BOL # 26049 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 385.00 |
|---|---|

THANK YOU FOR YOUR BUSINESS



# GOTRADELOGISTICS
### CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**    DAY SATURDAY          DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                          PICK # 112517 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**    DAY SATURDAY          DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                          PICK # 112517 - RENO
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO        STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN    **LOAD DESCRIPTION**          PRODUCT BREAD
#_____ PALLETS PIECES_____                                WEIGHT 5,000 ___ LBS
INSTRUCTIONS:
ROSEVILLE, RENO - WINCO, 31,17,12.        DEGREES KEPT IF REEFER N/A          PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**          STOP                STOP                STOP
NAME          WINCO FOODS / 31        WINCO FOODS / 17        WINCO FOODS / 12
ADDRESS 10151 FAIRWAY DR, ROSEVILLE, CA    2855 NORTHTOWNE LN, RENO, NV    9750 S VIRGINIA ST, RENO, NV
CONTACT
PHONE
**PAY $** 850.00      **+ FSC** INCL    **+ OTHER** N/A    **TOTAL $** 850.00          ALL INCLUSIVE

**CUSTOMER SIGNATURE**                              DATE 11/25/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

Three J's Distributing Inc.
16251 SE 98th Ave. Bldg B,
Clackamas OR 9715
PN: 503 657-1215  Fax
503 597 0783

**Delivery Route Sheet**

Date: 11-25-17

Weekday: SAT

All Deliveries Require a Store Receiving Clerk's Signature

Truck/Trailer # 50643~4802

**All Stacks must be downstacked to 12 HIGH**

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICK UP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #31 | 1010376 | 105 | 14 | 13 | 15½ | b½ | b½ | 2 | 0 | 8 | EC |
| #12 | 9013283 | 12 | | 0 | 0 | b½ | 15½ | 1 | 0 | 7 | Qloal331 |
| #17 | 9013341 | 201 | 30 | 14 | 12 | 3½ | 1 | 1 | 19 | | D/w #1/2 STACK store #3/ 9mrd Clerk #10263 |

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 3970 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**CORPORATION**

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 850.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/25/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 775.00 |
| | TO | | | |
| | ROSEVILLE, CA ( WINCO # 31) | 01 | FLAT | $ 75.00 |
| | TO | | | |
| | RENO, NV ( WINCO # 17) | | | |
| | TO | | | |
| | RENO, NV ( WINCO # 12) | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | LOAD # 112517 - RENO | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 850.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



## GOTRADELOGISTICS CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**  DAY SATURDAY          DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                    PICK # PRIORITY-112517
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530          CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**    DAY SATURDAY          DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                    PICK # PRIORITY - 112517
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO          STATE CA    ZIP 95834
PHONE (503)720-8530          CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
# _____ PALLETS PIECES _____                    WEIGHT 5,000 _____ LBS
INSTRUCTIONS:
SWAP TRAILERS @ LOST HILLS, CA
BOL # 6099          DEGREES KEPT IF REEFER          PAID          PALLET EXCH [ ] Y [✓] N

**EXTRA PICK/STOP**        STOP                    STOP                    STOP
NAME          PILOT TRUCK STOP          N/A                    N/A
ADDRESS LOST HILLS, CA
CONTACT
PHONE
**PAY $** 915.00      + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 915.00      ALL INCLUSIVE

**CUSTOMER SIGNATURE**                    DATE 11/25/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

Case 2:18-cv-02293-KJM-KJN  Document 1-2  Filed 08/21/18  Page 120 of 126

# THREE J's DISTRIBUTING, INC

**Cascade Pride** PREMIUM QUALITY

Mailing Address:
P.O. Box 2890
Clackamas, OR
97015

Warehouse Location:
5964 E. Slauson Ave.
City of Commerce, CA
90040

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

This is to certify that the below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

6099

3J's  Distributing

(Name of Carrier)                                    (SCAC)

Shipper No. _____

Carrier No. _____

Date **11-25-17**

TO: Consignee **3J5**

FROM: Shipper **3J's**

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430. Sec. 1

Street **1625 SE 9R Ave**

Street **5964 E. Slauson**

Destination **Clackamas OR**  Zip Code **97015**

Origin **Commerce CA**  Zip Code **90040**

Route _____

Vehicle Number _____

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | TPO # 10502 | | | |
| | | | | | |
| | | TPO # 10503 | | | |
| | | | | | |

RECEIVED
NOV 25 2017
BY: T. OAKLEY

REMIT C.O.D. TO: ADDRESS

**COD**  Amt. $ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $ _____

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

_____ (Signature of Consignor)

FREIGHT CHARGES:
Check box if charges are
FREIGHT PREPAID
except when
box at right
is checked  Check box ☐  to be collected

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **3J's**

CARRIER _____

PER **Galen Dombrowski**

PER _____

DATE _____

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 3987 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661** SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333 **FAX:** (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 915.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/25/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 915.00 |
| | TO | | | |
| | LOST HILLS, CA | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 112517 | | | |
| | TRUCK 1 | | | |
| | BOL # 6099 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 915.00 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# GOTRADELOGISTICS
## CORPORATION

**CUSTOMER NAME** THREE J'S DISTRIBUITNG

**FEDERAL EIN:** 91-1287081

PHONE (503)720-8530

FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY SATURDAY   DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                       PICK # 112517 - REDDING
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**DELIVER @CONSIGNEE**   DAY SATURDAY   DATE 11/25/2017
NAME THREE J'S DISTRIBUTING                       PICK # 112517 - REDDING
ADDRESS 1121 STRIKER AVE   CITY SACRAMENTO   STATE CA   ZIP 95834
PHONE (503)720-8530   CONTACT FLORIN IONESCU   EXT

**EQUIPMENT TYPE** 53FT / VAN   **LOAD DESCRIPTION**

PRODUCT BREAD

\# _____ PALLETS PIECES

WEIGHT 5,000 LBS

**INSTRUCTIONS:**
1 - ROUNDTRIP - REDDING, CA   DEGREES KEPT IF REEFER

PALLET EXCH  [ ] Y  [✓] N

**EXTRA PICK/STOP**   STOP   STOP   STOP
NAME
ADDRESS
CONTACT
PHONE

**PAY $** 385.00   **+ FSC** INCL   **+ OTHER** N/A   **TOTAL $** 385.00   ALL INCLUSIVE

**CUSTOMER SIGNATURE**   DATE 11/25/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION   **MC #** 783169

Three J's Distributing Inc.
16251 SE 98th Ave, Bldg B,
Clackamas OR 9715
PN: 503-657-1215 Fax
503-597-0783

**Delivery Route Sheet**

Date: 11-25-2017

Weekday: SATURDAY

Truck/Trailer # 1394/5404

All deliveries requires a Store Receiving Clerk's Signature

## All Stacks must be downstacked to 12 HIGH

| Store # or Name | INVOICE # | GROCERY BREAD | BAKERY | DELI | COFFEE | POP-CORN | CHIPS PALLETS STKS | FRANZ CART DELIVER | FRANZ CART PICK UP | EMPTY TRAY PICKUP | Store Receiving Clerk's Signature/Print |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 1901394 | 146 | 21 | 6 |  | 0 | 1 | 2 | 3 | 8 |  |
| 26 | 1901361 | 161 | 15 | 0 | 0 | 0 | 0 | 1 | 6 | 6 |  |
| 5 | 1901359 | 137 | 26 | 0 | 0 | 0 | 0 | 0 | 9 | 9 | pallt |
| 38 | 1901465 | 125 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 10 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

Driver's Name: _Chris_

Driver's Signature: _____

Please return route sheet in with your nightly log papers to verify deliveries

| DATE | INVOICE # |
|------|-----------|
| 12/10/2017 | 4005 |
| **TERMS** | **DUE DATE** |
| 21 - DAYS | 01/01/2018 |



**GOTRADELOGISTICS**
CORPORATION

**P.O. BOX 340661**  SACRAMENTO, CA 95834
**TOLL FREE:** (877) 559-0333  **FAX:** (916) 514-0908

**WWW.GOTRADELOGISTICS.COM**

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $ 385.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/25/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 385.00 |
| | TO | | | |
| | WINCO # 36 | | | |
| | TO | | | |
| | WINCO # 26 | | | |
| | TO | | | |
| | WINCO # 25 | | | |
| | TO | | | |
| | WINCO # 58 | | | |
| | TO | | | |
| | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | | | |
| | | | | |
| | LOAD # 112517 | | | |
| | TRUCK 1 | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | $ 385.00 |
|--------|----------|

## THANK YOU FOR YOUR BUSINESS



**CUSTOMER NAME** THREE J`S DISTRIBUTING          **FEDERAL EIN:** 91-1287081

PHONE (503)720-8530                    FAX

# CALL NOW FOR APPOINTMENT

**PICK UP @CONSIGNOR/SHIPPER**   DAY SATURDAY          DATE 11/25/2017
NAME THREE J`S DISTRIBUTING                    PICK # 112517- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**DELIVER @CONSIGNEE**   DAY SATURDAY          DATE 11/25/2017
NAME THREE J`S DISTRIBUTING                    PICK # 112517- YARD TRAILER MOVE
ADDRESS 1121 STRIKER AVE          CITY SACRAMENTO     STATE CA    ZIP 95834
PHONE (503)720-8530               CONTACT FLORIN IONESCU          EXT

**EQUIPMENT TYPE** 53 FT/ VAN  **LOAD DESCRIPTION**          PRODUCT BREAD
# _____ PALLETS PIECES_____                    WEIGHT 5,000          LBS
INSTRUCTIONS:
YARD TRAILER MOVE
                      DEGREES KEPT IF REEFER N/A          PALLET EXCH [ ] Y  [✓] N

**PAID**

**EXTRA PICK/STOP**   STOP          STOP          STOP
NAME_____                    N/A          N/A
ADDRESS_____
CONTACT_____
PHONE_____
**PAY $** 150.00        + **FSC** INCL   + **OTHER** N/A   **TOTAL $** 150.00      ALL INCLUSIVE

CUSTOMER SIGNATURE                              DATE 11/25/2017

**CARRIER** GO TRADE LOGISTICS CORPORATION          **MC #** 783169

| DATE | INVOICE # |
|---|---|
| 12/10/2017 | 4035 |
| TERMS | DUE DATE |
| 21 - DAYS | 01/01/2018 |



GOTRADELOGISTICS
CORPORATION

P.O. BOX 340661  SACRAMENTO, CA 95834
TOLL FREE: (877) 559-0333  FAX: (916) 514-0908

WWW.GOTRADELOGISTICS.COM

**BILL TO:**

THREE J`S DISTRIBUTING, INC
P.O BOX 2890
CLACKAMAS, OR, 97015

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 150.00 | |

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/25/2017 | SACRAMENTO, CA ( THREE J`S DISTRIBUTING) | 01 | FLAT | $ 150.00 |
| | YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | LOAD # 112517 - YARD TRAILER MOVE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PAYMENT TERMS:** PAYMENT DUE WITHIN 21 DAYS.
PLEASE MAKE ALL CHECKS PAYABLE TO GO TRADE LOGISTICS.

| TOTAL: | |
|---|---|
| | $ 150.00 |

THANK YOU FOR YOUR BUSINESS